JAMES A. SAVILLE, JR. (JS-4835)
HILL RIVKINS & HAYDEN LLP
Attorneys for Plaintiff
Petroleum Oil & Gas Corporation
of South Africa (Pty) Ltd.

45 Broadway, Suite 1500
New York, New York  10006
(212) 669-0600


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X
PETROLEUM OIL & GAS CORPORATION OF :
SOUTH AFRICA (PTY) LTD.
                                   :   Index No.: 07 cv ___ (   )
                                                     $411
            Plaintiff,             :

- Against -                        :   VERIFIED COMPLAINT

SCANDINAVIAN TANKERS LTD.,         :

            Defendant.             :
- - - - - - - - - - - - - - - - - -X


    Plaintiff, Petroleum Oil & Gas Corporation of South Africa
(Pty) Ltd., by and through its attorneys, Hill Rivkins & Hayden
LLP, as and for its Verified Complaint against defendant
Scandinavian Tankers Ltd. alleges upon information and belief as
follows:

    1.  This is an admiralty or maritime claim within the
meaning of Rule 9(h) of the Federal Rules of Civil Procedure and
this Court has jurisdiction pursuant to 28 U.S.C. §1333.

2. At and during all material times hereinafter mentioned, plaintiff Petroleum Oil & Gas Corporation of South Africa (Pty) Ltd. ("PetroSA") was and now is a foreign business entity organized and existing by virtue of foreign law with an office and place of business at 151 Frans Conradie Drive, Parow, 7500, Republic of South Africa.

3. At and during all material times hereinafter mentioned, defendant Scandinavian Tankers Ltd. was and now is a foreign business entity organized and existing by virtue of foreign law with an office and place of business at Palm Grove House, P.O. Box 438, Road Town, Tortola, British Virgin Islands.

4. On or about September 2, 2006, Reliance Industries Ltd., agreed to sell and PetroSA agreed to buy on FOB terms, 20,000mt, 10% more or less at buyer's option, of high speed diesel, a petroleum product commonly referred to as gasoil. The gasoil was to be loaded at the port of Sikka, India during the window of September 12-14, 2006 and discharged at Mossel Bay, South Africa. Under the terms of the contract, the minimum flash point of the gasoil was to be 62°C. A true and accurate copy of the sales contract between Reliance and PetroSA is attached hereto as Exhibit 1. A true and accurate copy of the commercial invoice

2

issued in connection with this Reliance-PetroSA sale is attached
hereto as Exhibit 2.

5. To transport the gasoil from Sikka to Mossel Bay,
PetroSA chartered the M/T BANGA from its disponent owner,
defendant Scandinavian Tankers Ltd. The charter party was on the
BPV4 form as amended by the fixture dated September 7, 2006. In
general terms, under the charter, Scandinavian Tankers Ltd.
undertook to deliver PetroSA's petroleum cargoes in the same
good order and condition as when they received them aboard the
vessel. A true and accurate copy of the fixture dated September
7, 2006, is attached hereto as Exhibit 3.

6. The M/T BANGA arrived at Sikka, India on September 14,
2006, to load the parcel of gasoil. The parcel was stored in
shore tank 813-006 and loaded aboard the M/T BANGA in cargo
tanks 1 center("C"), 3C, 6C, 2port("P"), 2 starboard("S"), 4P/S,
5P/S and the starboard slop tank. Following loading, the Master
signed bill of lading RH-173/2006-2007 dated September 14, 2006,
evidencing the receipt of 20,395.038mt of high speed diesel in
good order and condition. A true and accurate copy of bill of
lading RH-173/2006-2007 is attached hereto as Exhibit 4.

3

7. Samples of the gasoil were drawn from shore tank 813-006 prior to loading and the vessel's cargo tanks immediately after loading aboard the M/T BANGA. Contemporaneous testing of these samples confirmed that the cargo conformed to the contractual specifications. In other words, the testing confirmed that after loading aboard the M/T BANGA the cargo was "on-spec." Intertek, a laboratory jointly retained on behalf of vessel interests and PetroSA, later confirmed these initial findings. Of particular relevance, these tests confirmed that the flash point of the gasoil exceeded the contractual minimum of 62°C. A true and accurate copy of the joint analysis report prepared by Intertek Laboratory, Test Report No. 07-030420-0-WTHU, confirming the foregoing findings is attached hereto as Exhibit 5.

8. After loading the gasoil, the M/T BANGA sailed to Jebel Ali, to load a separate parcel of 95 RON (octane) motor gasoline ("mogas") that PetroSA had purchased. The mogas was loaded in cargo tanks 1P, 2C, 4C, and 6P.

9. Upon arrival at Mossel Bay, samples of both the mogas and gasoil parcels were drawn. Although the flash point of the gasoil was above the contractual minimum of 62°C at loading, contemporaneous testing performed on the gasoil samples drawn at Mossel Bay confirmed that the flash point of the gasoil had, in

4

fact, decreased below 62°C. Again, later joint testing performed by Intertek confirmed these findings. A true and accurate copy of the joint analysis report prepared by Intertek Laboratory, Test Report No. 07-000420-0-WTHU, confirming the foregoing findings is attached hereto as Exhibit 5.

10. After further testing, it was determined that the reduction in the flash point of the gasoil resulted from the vapor transfer of the most volatile gasoline components from the cargo tanks containing the mogas to the cargo tanks holding the gasoil. Alan Smaridge, of Minton Treharne & Davies Ltd., investigated the cause of this vapor contamination and concluded that this vapor transfer was most likely brought about, *inter alia,* by the failure to properly segregate the two disparate products, i.e., the mogas and gasoil, from the common inert gas system ("IGS") piping. This failure was most likely the result of either the poor condition of the valves and their associated control mechanisms or as a result of deficiencies in terms of their operation or a combination of the two. A true and accurate copy of the narrative of Mr. Smaridge's report is attached hereto as Exhibit 6.

11. As a result of the reduction of the flash point, it was determined that 9214.966 cubic meters of gasoil carried in cargo

tanks 1C, 2P/S, 4P/S and Starboard Slop was no longer fit for its intended purpose. The remaining cargo, which was not heavily contaminated, was accepted by PetroSA.

12. The contaminated gasoil was transported to Durban where it was unloaded, stored and sold at salvage to Harvest Energy Ltd. for a total price of $3,536,161.17. A true and accurate copy of the commercial invoice issued in connection with this sale is attached hereto as Exhibit 7.

13. The total amount sought to be attached by PetroSA pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims is **$4,664,553.67** calculated as follows. True and accurate copies of the various supporting invoices are attached as Exhibits 8-18. A true and accurate copy of the Basic Fuel Price of gasoil as published by the South African Department of Minerals and Energy, is attached hereto as Exhibit 19.

    (a) difference between the market value of
    9214.966 cubic meters gasoil at Mossel Bay
    and the value of gasoil as delivered at Mossel Bay
                                                    **$2,099,785.06**

    (b) Additional Port costs-Mossel Bay        **$ 65,470.39**
        (R455,673.97-Exhibit 8)
        (conversion rate 1USD=6.96)

    (c) Port costs - Durban                      **$ 43,217.14**

6

(Exhibit 9)

| | | |
|---|---|---|
| (d) | Storage Costs - Durban<br>(R3,620,658.09 Exhibit 10) | **$520,209.49** |
| (e) | Freight from Mossel Bay-Durban<br>(Exhibit 11) | **$ 63,714.39** |
| (f) | Intertek Survey and testing fees<br>(R74,091.11 Exhibit 12) | **$ 10,645.27** |
| (g) | Rennie Murray Survey Fees<br>(R128,383.21  Exhibit 13) | **$ 18,445.86** |
| (h) | Smit Amandla - Marine Advisors<br>(R13,680 Exhibit 14) | **$  1,965.51** |
| (i) | Minton Treharne Davies - Surveyors<br>(£30,423.33 Exhibit 15)<br>(conversion 2USD-1£) | **$ 60,846.66** |
| (j) | Cargo Dues and Agency Fees<br>(R99,975.68  Exhibit 16) | **$ 14,364.32** |
| (k) | Demurrage<br>(Exhibit 17) | **$414,924.87** |
| (l) | Detention Charges<br>(R1,070,720 Exhibit 18) | **$153,839.08** |
| | Subtotal | **$3,467,428.04** |
| (m) | Applicable Interest Rate 8.25%<br>for six months | **$572,125.63** |
| (n) | anticipated costs | **$625,000.00** |
| | Total | **$4,664,553.67** |

14.  This action is brought to obtain security for any judgment that is eventually entered against the defendant.

15. After investigation, defendant Scandinavian Tankers Ltd. cannot be "found" in this District for purposes of and as delineated in Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure. Plaintiff is informed that defendant Scandinavian Tankers Ltd. has, or will shortly have, assets within this District, including but not limited to, cash, funds, escrow funds, credits, wire transfer, electronic funds transfers, accounts, letters of credit, freights, sub-freights, charter hire and sub-charter hire, at or being transferred and/or wired to, from or through JPMorgan Chase Bank; Citibank N.A.; American Express Bank, Ltd; Bank of America; Bank of New York; Deutsche Bank; HSBC; BNP Paribas; Wachovia Bank; ABN Amro; Standard Chartered Bank; Bank of communications; The Bank of East Asia; Bank of China; Shanghai Commercial Bank Ltd, Nordea Bank Finland PLC and/or other garnishees as further investigation may uncover.

**W H E R E F O R E**, plaintiff Petroleum Oil & Gas Corporation of South Africa (Pty) Ltd. prays:

1. That process in due form of law according to the practice of this Court may issue against defendant Scandinavian

Tankers Ltd. citing it to appear and answer the foregoing, failing which a default will be taken against it for the principal amount of the claim, plus interest, costs and attorneys' fees;

2. That if defendant Scandinavian Tankers, Ltd. cannot be found within this District pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims, that all assets of defendant Scandinavian Tankers, Ltd. up to and including **$4,664,553.67** be restrained and attached, including but not limited to cash, funds, escrow funds, credits, wire transfer, electronic funds transfers, accounts, letters of credit, freights, sub-freights, charter hire, sub-charter hire, at or being transferred and/or wired to, from or through JPMorgan Chase Bank; Citibank N.A.; American Express Bank, Ltd; Bank of America; Bank of New York; Deutsche Bank; HSBC; BNP Paribas; Wachovia Bank; ABN Amro; Standard Chartered Bank; Bank of communications; The Bank of East Asia; Bank of China; Shanghai Commercial Bank Ltd., Nordea Bank Finland PLC and/or other garnishees upon who a Writ of Maritime Attachment and Garnishment may be served; and

3. And for such other and further relief as this Court may deem just and proper.

Dated:    New York, New York
          July 1_, 2007


                        HILL RIVKINS & HAYDEN LLP
                        Attorneys for Plaintiff
                        Petroleum Oil & Gas Corporation
                        of South Africa (Pty) Ltd.


          By: _____
                        James A. Saville, Jr. (JS-4835)
                        45 Broadway, Suite 1500
                        New York, New York 10006
                        (212) 669-0600


:94/4\BANGA\VERIFIED COMPLAINT

10

## VERIFICATION

I, James A. Saville, Jr., hereby affirm as follows:

1. I am a member of the firm Hill Rivkins & Hayden LLP, attorneys for plaintiff Petroleum Oil & Gas Corporation of South Africa (Pty) Ltd. I have prepared and read the foregoing Verified Complaint and know the contents thereof and, the same is true to the best of my knowledge, information and belief.

2. The sources of my knowledge, information and belief are documents provided by our clients and our discussions with them.

3. As plaintiff is a foreign business entity and none of its officers is located in the Southern District of New York, this verification is made by me as counsel of record.

I hereby affirm that the foregoing statements are true and correct.

Dated:    New York, New York
          July 13, 2007

_____
James A. Saville, Jr.

11



**Reliance**
**Industries Limited**

Dhirubhai Ambani Knowledge City, Petroleum House, Thane Belapur Road, Navi Mumbai - 400 710, India.
Phones : 3037 0001 / 2 Fax : 3037 0899 Telex : 051-410004 'RELIANCE G'

<u>DATE</u> : 2 SEPTEMBER, 2006

<u>SUB</u>: SPOT GASOIL SALE CONTRACT

<u>REF</u>: RIL-OT/GASOIL/00890-91/PETROSA/SEP 2006.

<u>01. SELLER</u>:    RELIANCE INDUSTRIES LIMITED
PETROLEUM HOUSE
3RD FLOOR, A WING
DHIRUBHAI AMBANI KNOWLEDGE CITY
KOPAR KHAIRANE, THANE BELAPUR ROAD
NAVI MUMBAI - 400 709
INDIA
TEL NO +91 22 30877611/ 12/ 13714
FAX NO +91 22 3037 0849/32

<u>02. BUYER</u> :    THE PETROLEUM OIL & GAS CORPORATION OF SOUTH AFRICA
(PTY) LTD
(KINDLY PROVIDE FULL STYLE ADDRESS).

ATTN: MR. RICKY NAIDOO

<u>03. PRODUCT</u>:    HIGH SPEED DIESEL (GASOIL)

<u>03A. ORIGIN</u>:    SIKKA, INDIA

<u>03A. DESTINATION</u>: SOUTH AFRICA

<u>04. QUALITY SPECIFICATIONS</u> :-

| Property | Units | Method | Min spec | Max spec |
|----------|-------|--------|----------|----------|
| Appearance | | D4176 or Caltex Visc | | 2 |
| Colour ASTM | | ASTM D1500 | | 3 |
| Density @ 20 Deg C. | kg/l | D4052 / D 1298 | 0.800 | |
| Ash | % m/m | D482 | | 0.01 |
| Cetane Number | | D613/EB 22 | 45 | |

1

Regd. Office : Maker Chambers IV, 3rd Floor, 222, Nariman Point, Mumbai - 400 021, India.

| Property | Units | Method | Min specs | Max specs |
|---|---|---|---|---|
| Carbon Residue , Ramsbottom (on 10% residue) | % (m/m) | D524 | | 0.2 |
| C.F.P.P.<br>Summer (1 Oct. to 14 March)<br><br>Winter (15 March to 30 Sept.) | Deg C | IP309 | | 3<br><br>-4 |
| Copper Corrosion (3HR @ 100 Deg C) | Rating | D130 | | 1 |
| Distillation 90% Recovery | Deg C | D86 | | 362 |
| Sulphur Content | % mass | D4294/IP 336 or D5453/ D 2622 | | 0.05 |
| Flash Point | Deg C | D93 | 62 | |
| Strong Acid Number | mg/KOH/g | D974/D 664 | | Nil |
| Total Acid Number | mg/KOH/g | D974/D 664 | | 0.25 |
| Kinematic Viscosity @ 40 Deg C | cSt | D445 | 2.2 | 5.3 |
| Water Content, Karl Fischer | Ppm (v/v) | D 4377/D 6304 / IP 356 | | 500 |
| Total Contamination | mg/kg | IP440 | | 24 |
| Lubricity Wear scan diameter | µm | ISO 12156-1 | | 460 |
| Oxidation Stability | mg/100ml | UOP 413 | | 2 |

**05. LIFTING DATE RANGE:**

(A)FIRST LIFTING FOR ONE SAFE BERTH/PORT/STS, SIKKA DURING 12-14 SEPTEMBER 2006.

(B)SECOND LIFTING FOR ONE SAFE BERTH/PORT/STS, SIKKA DURING 28-30 SEPTEMBER 2006.

**06. QUANTITY:**

(A)FOR THE LAYCAN 12-14 SEPTEMBER 2006: 20,000 MT +/- 10% AT BUYER'S OPTION.

(B)FOR THE LAYCAN 28-30 SEPTEMBER 2006: 20,000 MT +/- 10% AT BUYER'S OPTION



BUYER SHALL NOMINATE VESSEL ACCEPTABLE TO SELLER, SUCH ACCEPTANCE SHALL NOT BE UNREASONABLY WITHHELD.

IN VIEW OF THE CURRENT PORT RESTRICTIONS BUYER TO NOMINATE MAX LR1(MAX LOA 228 MTS) VESSELS ONLY. (NOT LR2)

## 07. PRICE:

### (A) FOR EACH LIFTING

THE PRICE ON FOB ONE SAFE BERTH/PORT SIKKA, INDIA APPLICABLE ON BILL OF LADING QUANTITY (IN US DOLLARS PER BARREL) SHALL BE AVERAGE OF MEAN OF PLATTS ARAB GULF GASOIL (ASIA PACIFIC ARAB GULF SCAN) QUOTATIONS DURING 1 SEPTEMBER 2006 TO 30 SEPTEMBER 2006 (BOTH DAYS INCLUSIVE) PLUS USD 4.37 (US DOLLAR FOUR POINT THREE SEVEN) PER BARREL. .

THE FINAL PRICE PER BARREL SHALL BE ROUNDED/CALCULATED TO THREE DECIMAL PLACES.

### (B) PROVISIONAL PRICE:

IN CASE THE BILL OF LADING DATE IS ON OR BEFORE THE 15TH OF THE DEEMED (NOMINATED) MONTH, A PROVISIONAL INVOICE WILL BE RAISED USING THE APPLICABLE QUOTATIONS DURING 1ST TO 15TH OF THE NOMINATED MONTH.

## 08. PAYMENT:

8.1 BUYER SHALL MAKE PAYMENT FOR BL QUANTITY IN US DOLLARS, FREE OF ALL CHARGES VIA T/T IN SAME DAY FUNDS, TO THE SELLERS NOMINATED BANK 30 DAYS FROM BL DATE (BL DATE TO COUNT AS DAY ONE) ON SUBMISSION OF SELLER'S COMMERCIAL INVOICE (SELLER INVOICE ACCEPTABLE) AND A FULL SET OF CLEAN, ORIGINAL BILLS OF LADING. BUYER SHALL NOT BE ENTITLED TO MAKE ANY DEDUCTIONS FROM THE PAYMENT ON ACCOUNT OF ANY DISCOUNT, SET-OFF, COUNTERCLAIM OR WITHHOLDING IN ANY CIRCUMSTANCES WHATSOEVER. IN THE EVENT THAT SELLER IS UNABLE TO PROVIDE ANY OR ALL OF THE REQUIRED DOCUMENTS, SELLER SHALL ISSUE A LETTER OF INDEMNITY TO BUYER STATING THAT THE ORIGINAL DOCUMENTS ARE NOT AVAILABLE AND BUYER SHALL MAKE PAYMENT AGAINST SUCH LETTER OF INDEMNITY.

PAYMENT SHALL BE COVERED BY AN IRREVOCABLE DOCUMENTARY LETTER OF CREDIT ISSUED IN STRICT CONFORMANCE WITH THE SELLER'S FORMAT (ENCLOSED AS ANNEXURE) FROM A FIRST CLASS WESTERN BANK(AAA) RATED ACCEPTABLE TO SELLER, WHICH SHALL BE NEGOTIABLE AND PAYABLE AT THE COUNTERS OF SELLER'S BANK.

V.P.

THE CLEAN LETTER OF CREDIT SHALL BE IN SELLER'S POSSESSION 8 DAYS PRIOR TO THE FIRST DAY OF THE LOADING LAYCAN.

ALL OVERSEAS CHARGES WITH RESPECT TO THE ISSUING AND MAINTENANCE OF THE LETTER OF CREDIT ARE ON ACCOUNT OF THE BUYER. ALL BANKING CHARGES IN INDIA (EXCEPT CONFIRMATION CHARGES, IF APPLICABLE) ARE FOR ACCOUNT OF THE SELLER.

ANY FEES OR CHARGES, INCLUDING ANY CHARGES DUE TO DETENTION OF THE VESSEL, ARISING FROM BUYER'S FAILURE TO PROVIDE A CLEAN LETTER OF CREDIT IN THE FORM SPECIFIED BY THE SELLER OR CONFIRMATION THEREOF BY THE DATE SPECIFIED ABOVE WILL BE BORNE BY THE BUYER.

IN THE EVENT A PROVISIONAL INVOICE HAS TO BE RAISED AS PER CLAUSE 7(C.), THE LETTER OF CREDIT SHOULD BE AVAILABLE AT TWO STAGES I.E. PROVISIONAL PAYMENT 30 DAYS FROM THE B/L DATE (B/L DATE TO COUNT AS DAY ONE) BASED ON PROVISIONAL PRICE AND DIFFERENTIAL PAYMENT AGAINST FINAL PRICE SHALL BE MADE ON THE FIFTH CALENDAR DAY AFTER PRESENTATION OF FINAL COMMERCIAL INVOICE AT THE NOMINATED BANK. (THIS CONDITION IS NOT APPLICABLE IF FINAL COMMERCIAL INVOICE IS PRESENTED ALONGWITH OTHER DOCUMENTS AT THE FIRST INSTANT)

8.2  IF THE PAYMENT FALLS DUE ON A SATURDAY OR NON-MONDAY BANK HOLIDAY IN NEW YORK, USA, THEN PAYMENT SHALL BE MADE ON THE IMMEDIATELY PRECEEDING BANK WORKING DAY. IF THE PAYMENT FALLS DUE ON A SUNDAY OR MONDAY BANK HOLIDAY IN NEW YORK, USA, THEN PAYMENT SHALL BE MADE ON THE IMMEDIATELY FOLLOWING BANK WORKING DAY.

8.3  IN THE EVENT BUYER FAILS TO MAKE ANY PAYMENT WHEN DUE, INTEREST ON THE SAME SHALL ACCRUE AT A RATE EQUIVALENT TO TWO PERCENT PER ANNUM ABOVE THE PRIME LENDING RATE QUOTED BY CITIBANK N.A. IN NEW YORK, USA, COMMENCING FROM THE DATE SUCH AMOUNT BECOMES DUE TILL THE DATE ON WHICH SUCH AMOUNT IS PAID. THIS INTEREST SHALL BE PAID BY THE BUYER AT THE SAME TIME THE OVERDUE AMOUNT IS PAID. HOWEVER, THIS PROVISION SHALL NOT BE CONSTRUED AS AN INDICATION OF ANY WILLINGNESS ON THE PART OF THE SELLER TO PROVIDE EXTENDED CREDIT AND SHALL BE WITHOUT PREJUDICE TO ANY AND ALL RIGHTS AND REMEDIES AVAILABLE TO THE SELLER WITH RESPECT TO THE OVERDUE PAYMENT.

8.4  IN THE EVENT THAT PAYMENT IS DELAYED BY MORE THAN 3 DAYS FROM THE DUE DATE, AS STATED IN THE SELLERS INVOICE FOR ANY REASON WHATSOEVER, THEN WITHOUT PREJUDICE TO ANY OTHER LEGAL REMEDIES OR ACTIONS OPEN TO THE SELLER, INTEREST SHALL BE PAYABLE BY THE BUYER TO THE SELLER AT THE RATE OF IX PERCENT FOR THE PERIOD FROM THE DATE PAYMENT IS DUE TO THE DATE OF THE SELLERS RECEIPT OF PAYMENT. SUCH INTEREST FOR LATE PAYMENT SHALL BE PAYABLE BY THE BUYER

4.



AUTOMATICALLY WITHOUT REQUIREMENT OF A NOTIFICATION FROM THE SELLER REGARDING SUCH DELAYED PAYMENT.

8.5    A TELEXED/SWIFT PRE-REMITTANCE ADVICE OF PAYMENT ONE WORKING DAY PRIOR TO DUE DATE SHALL BE SENT FROM THE BUYERS REMITTING/LETTER OF CREDIT ISSUING BANK TO THE SELLER'S NOMINATED BANK MENTIONED IN THE INVOICE FOR PAYMENT AND COPY TO SELLER.

## 09. LAYTIME:

FOR EACH LIFTING TO BE 36 HRS + 6 HRS NOR SHINC

## 10. DEMURRAGE:

DEMURRAGE RATE SHALL BE AS PER ACTUAL CHARTER PARTY RATE OF VESSEL UTILISED. DEMURRAGE RATE TO BE DECLARED AT THE STAGE OF VESSEL NOMINATION AND RATE TO BE DISCUSSED AND MUTUALLY AGREED.

THE AMOUNT OF THE DEMURRAGE CLAIMED SHALL NOT EXCEED THAT WHICH IS DUE TO VESSEL OWNER FROM THE CHARTEROR.

LAYTIME CALCULATION SHALL BE BOUND BY SHELLVOY3 WITH LATEST AMENDMENTS, IF ANY.

## 11. TITLE & RISK / PROPERTY :

11.1    TITLE & RISK / PROPERTY OF THE OIL SUPPLIED, UNDER THE TERMS OF THIS CONTRACT, SHALL PASS ON TO THE BUYER AT THE LOADPORT WHEN PRODUCT PASSES THE LOADING VESSELS PERMANENT HOSE/LOADING ARM CONNECTION.

11.2    BUYER SHALL BE STRICTLY LIABLE FOR ANY DAMAGE HOWSOEVER ARISING TO ANY PROPERTY OF SELLER OR SUPPLIER OR THE TERMINAL OPERATOR, AND FOR THE CONSEQUENCES OF ANY POLLUTION ERRORS, DURING OR AFTER LOADING OF THE CARGO, CAUSED BY OR AS A RESULT OF THE FAULT OF THE VESSEL OR HER OFFICERS OR CREW OR BUYER.

## 12. INSPECTION :

AT LOADPORT, SELLER SHALL APPOINT A MUTUALLY ACCEPTABLE INDEPENDENT INSPECTOR TO WITNESS THE LOADING OF THE OIL AT LOADPORT WITH COST OF SUCH INSPECTION TO BE SHARED EQUALLY BETWEEN BUYER AND SELLER.

THE QUALITY & QUANTITY OF THE CARGO AS DETERMINED BY THE INDEPENDENT INSPECTOR AT LOADPORT SHALL BE FINAL AND BINDING ON BOTH BUYER AND SELLER SAVE FOR FRAUD AND/OR MANIFEST ERROR.



## 13. LAW AND ARBITRATION :

THE PROPER LAW OF THE AGREEMENT IS ENGLISH LAW WITHOUT RECOURSE TO ITS CONFLICT OF LAW PRINCIPLES AND ENGLISH LAW SHALL BE USED FOR INTERPRETING THE AGREEMENT AND FOR RESOLVING ALL CLAIMS OR DISPUTES ARISING OUT OF OR IN CONNECTION WITH AGREEMENT (WHETHER BASED IN CONTRACT, IN TORT OR ANY OTHER LEGAL DOCTRINE). ANY SUCH CLAIM OR DISPUTE NOT SETTLED BY NEGOTIATION SHALL BE SETTLED BY ARBITRATION IN LONDON, ENGLAND BEFORE A SINGLE ARBITRATOR AGREED UPON BY BOTH PARTIES OR IF NOT SO AGREED APPOINTED IN ACCORDANCE WITH THE ARBITRATION ACT 1996 AS AMENDED FROM TIME TO TIME. THE ARBITRATION SHALL BE CONDUCTED IN ENGLISH AND THE ARBITRATION AWARD SHALL BE FINAL AND BINDING ON BOTH PARTIES WITHOUT APPEAL TO THE COURTS. ENFORCEMENT OF THE ARBITRAL AWARD MAY BE SOUGHT IN ANY COURT OF COMPETENT JURISDICTION.

## 14. FORCE MAJEURE:

NEITHER SELLER NOR BUYER SHALL BE LIABLE IN DAMAGES OR OTHERWISE FOR ANY FAILURE OR DELAY IN PERFORMANCE OF ANY OBLIGATION HEREUNDER OTHER THAN OBLIGATION TO MAKE PAYMENT, WHERE SUCH FAILURE OR DELAY IS CAUSED BY FORCE MAJEURE, BEING ANY EVENT, OCCURRENCE OR CIRCUMSTANCES REASONABLY BEYOND THE CONTROL OF THAT PARTY, INCLUDING WITHOUT PREJUDICE TO THE GENERALITY OF THE FOREGOING: FAILURE OR DELAY CAUSED BY OR RESULTING FROM ACTS OF GOD, STRIKES, FIRES, FLOODS, WARS (WHETHER DECLARED OR UNDECLARED), RIOTS, DESTRUCTION OF THE OIL , EMBARGOES, ACCIDENTS, DISRUPTION OR BREAKDOWN OF PRODUCTION OR REFINERY FACILITIES, OR PREVENTION OR DELAY IN LOADING OR DISCHARGING OF VESSELS OR BARGES DUE TO SUCH DISRUPTIONS OR BREAKDOWNS, RESTRICTIONS IMPOSED BY ANY GOVERNMENTAL AUTHORITY (INCLUDING ALLOCATIONS, PRIORITIES, REQUISITIONS, QUOTAS AND PRICE CONTROLS). THE TIME OF SELLER TO MAKE, OR BUYER TO RECEIVE, DELIVERY HEREUNDER SHALL BE EXTENDED DURING ANY PERIOD IN WHICH DELIVERY SHALL BE DELAYED OR PREVENTED BY REASON OF ANY OF THE FOREGOING CAUSES UP TO A TOTAL OF 30 DAYS. IF ANY DELIVERY HEREUNDER SHALL BE SO DELAYED OR PREVENTED FOR MORE THAN 30 DAYS, EITHER PARTY MAY TERMINATE THIS CONTRACT WITH RESPECT TO SUCH DELIVERY UPON WRITTEN NOTICE TO THE OTHER PARTY.

## 15. ASSIGNABILITY:

NEITHER PARTY SHALL ASSIGN THE WHOLE OR ANY PART OF ITS RIGHTS AND OBLIGATIONS HEREUNDER DIRECTLY OR INDIRECTLY WITHOUT THE PRIOR WRITTEN CONSENT OF THE OTHER PARTY.



6

## 16. RECORDING OF CONVERSATIONS:

EACH PARTY TO THIS AGREEMENT ACKNOWLEDGES AND AGREES TO THE TAPE RECORDING OF CONVERSATIONS BETWEEN THE PARTIES TO THIS AGREEMENT WHETHER BY ONE OR OTHER OR BOTH OF THE PARTIES OR THEIR AGENTS, AND THAT ANY SUCH TAPE RECORDINGS MAY BE SUBMITTED IN EVIDENCE IN ANY PROCEEDINGS RELATING TO THE AGREEMENT.

## 17. OTHER TERMS AND CONDITIONS :

ISPS COMPLIANCE AS PER ANNEXURE II

EXCEPT AS SPECIFICALLY SET OUT ABOVE, SHELL INTERNATIONAL TRADING & SHIPPING COMPANY LTD GENERAL TERMS AND CONDITIONS OF SALE FOR PETROLEUM PRODUCTS AND FEEDSTOCKS (INCL. BULK LUBRICANTS) FOB (1ST JANUARY 1999 EDITION) SHALL GOVERN THIS TRANSACTION.

## 18. CONTACTS:
(A) BUYER'S CONTACTS:
ALL COMMERCIAL CONTACT:
MR. RICKY NAIDOO
TEL : +27219293440
MOB: +27827658039
E-Mail: RICKY.Naidoo@petrosa.co.za

OPERATIONAL CONTACT:
KINDLY ADVISE

FINANCE CONTACT:
KINDLY ADVISE

RESELLER'S CONTACTS:
(I) COMMERCIAL CONTACT:
(I) COMMERCIAL CONTACT:
MR. SUNIL MISRA / SHARAT MATHUR/SACHIN GUPTA
TEL : +91 22 67276111/12
FAX : 91 22 67270849/22

(II) SHIPPING AND OPERATIONAL CONTACT:
MR. M.K. JANARDANAN / AJAY JAIN/ MOHIT SRIVASTAV
TEL NO +91 22 67276000/00
FAX NO +91 22-6727 0849/32

(III) FINANCIAL CONTACT:
MR. SURESH NATARAJAN/ GIRIRAJ LADHA
TEL : +91 22-6727 0901/91 22 67270952
FAX NO + 91 22 6727 0999



Signed at CAPE TOWN on this 12 day of September 2006

### For and on behalf of the Buyers

| Full Names | Signatures |
| --- | --- |
| 1. V. MGiai | |
| 2. J. Bosman | |

Witnesses:

1. B Zwana
2. L September

---

The Petroleum Oil and Gas Corporation of South Africa (Pty) Ltd

### For and on behalf of the Sellers

Signed at MUMBAI (INDIA) on this 4th day of October 2006

| Full Names | Signatures |
| --- | --- |
| 1. SUNIL MISRA | |
| 2. SUGRAT MATHUR | |

Witnesses:

1. GUPTA
2. lony bagori

Reliance Industries Limited

ANNEXURE I

# ANNEXURE TO CONTRACT

Beneficiary LC Advising Bank & Address:

ABN AMRO BANK N.V.,
CENTRALISED TRADE FINANCE,
UNITS 303-309, 3RD FLOOR,
'RADHA TOWERS'
147 ANNA SALAI,
CHENNAI - 600 002, INDIA.

CONTACT PERSONS: MIHIR CHAKRABORTY / SRIVIDYA BHARATHI - CTF

Srividya.Bharathi@in.abnamro.com
Mihir.Chakraborty@in.abnamro.com
EMAIL: Srividya.Bharathi@in.abnamro.com Mihir.Chakraborty@in.abnamro.com

SWIFT: ABNAINBBCTF

TELEX : 081 1186005   (MUMBAI)
        041 8287    (Chennai)/041 7430   (Chennai)

To: Reliance Industries Limited
Supply & Trading
Finance & Commercial
Dhirubhai Ambani Knowledge City
Navi Mumbai
5th Floor, A-Wing, Dhirubhai Ambani, Thane Belapur Road
Navi Mumbai 400 701, India.
Fax: +91 22 3037 0699

## MIFIN LC FORMAT SPECIFICATIONS

| | Field Name | Actions Required |
|---|---|---|
| | Import Documentary Credit | Imports |
| 20 | Documentary Credit Number | To be filled based on the number by us |
| 31C | Date of Issue | To be filled as the actual date of issue of LC |
| 40E | Applicable Rules | UCP LATEST VERSION |
| 31D | Expiry Date | Date & place of expiry to be filled in as per terms |
| 51a | Applicant Bank | To be filled as issuing bank name & address |
| 50 | Applicant | RELIANCE INDUSTRIES LIMITED |
| 59 | Beneficiary | Dhirubhai Ambani Knowledge City |
| | | Navi Mumbai |
| | | 5th Floor, A-Wing |
| | | Dhirubhai Ambani, Thane Belapur Road |
| | | Navi Mumbai 400 701, India. |
| 32B | Currency Code, Amount | USD XXX.XX (in figures & both amounts being the balance as under SEC 32A) |



9

V.P.

| 41a | Available with / by | Any Bank in India. By Negotiation |
| 42C | Drafts at | XX Days from/ after B/L date (B/L Date to count as day 1/0)  (as per contract). |
| 42a | Drawee | LC Details Bank's name |
| 43P | Partial Shipments | (As per contract) |
| 43T | Transhipment | (As per contract) |
| 44A | Loading on board/dispatch/taking in charge at/from | Sikka, India |
| 44B | Transportation to | (As per contract) |
| 44C | Latest Date of Shipment | (As per contract) |
| 45A | Description of Goods and /or Services | To mention fully the product description, Quantity with tolerance, INCO Terms (Pricing Barsis / basis SHOULD NOT be incorporated here) |
| 46A | Documents Required | 1. Signed Commercial Invoice in Triplicate<br>2. Full set 3/3 of Original "Clean On Board" Tanker Bill of Lading showing charter areas ** To the order of xxxx (applicant or bank) and marked Freight payable at per Charter Party Agreement plus xxxx Non Negotiable Copies.<br>3. Certificate of Quantity in Original plus xxx copies.<br>4. Certificate of Quality in Original plus xxx copies. |

In the event the above mentioned documents are not available, payment shall be made against:

    A.   Signed Commercial Invoice in Triplicate

    B.   Seller's Letter of Indemnity issued by the beneficiary in the format below:

Quote

Elton:
Reliance Industries Limited
Maulana Azad Knowledge City
Petroleum House
3rd Floor, A Wing,
Rasoolshamie, Thane Belapur Road
Navi Mumbai 400 709, India.

To:    (APPLICANT)
IN CONSIDERATION OF YOUR PAYING FOR THE CARGO OF _____ MT / BBL OF (PRODUCT DESCRIPTION) WHICH SAILED FROM SIKKA, INDIA ON VESSEL _____ ON LOADED WITH SUCH CARGO AND THE ORIGINAL SHIPPING DOCUMENT FOR SUCH CARGO HAVE NOT BEEN DELIVERED TO YOU AT THE TIME OF PAYMENT.

WE HEREBY WARRANT TO YOU THAT AT THE TIME PROPERTY PASSED WE HAD THE RIGHT TO SELL THE SAID CARGO TO YOU AND WE HAD UNENCUMBERED TITLE OF THE SAID CARGO.
WE HEREBY IRREVOCABLY AND UNCONDITIONALLY UNDERTAKE TO INDEMNIFY YOU AND HOLD YOU HARMLESS AGAINST ANY CLAIM MADE AGAINST YOU BY ANYONE AS A RESULT OF BREACH BY US OF ANY OF OUR WARRANTIES AS SET OUT ABOVE, AND ALL THE LOSSES, COST, DAMAGES AND

10



EXPENSES WHICH YOU MAY SUFFER, INCUR OR BE PUT TO WHICH ARE NOT TOO
REMOTE AS A RESULT OF OUR FAILURE TO DELIVER THE ABOVE DOCUMENT.

THIS INDEMNITY SHALL TERMINATE UPON DELIVERY BY US OF THE
AFORESAID DOCUMENTS / CARGO.

FOR RELIANCE INDUSTRIES LIMITED

AUTHORISED SIGNATORY
UNQUOTE

| 47A | Additional Conditions | 1. The number and date of this credit and the name of issuing bank must be quoted on the invoice. |
| | | 2. All documents must be in English. Photocopies in lieu of copies acceptable. |
| | | 3. Typographical errors and spelling mistakes, if any, are not to be considered as discrepancies, except for Quantity and Amount. |
| | | 4. Charter Party Bill of Lading Acceptable. |
| | | 5. Price Clause (as per contract should be incorporated here) |
| | | 7. Credit amount may escalate/de-escalate according to the above price clause as well as quantity shipped without any further amendments in this regard. |
| | | 8. Third party documents except commercial invoice and drafts acceptable. |
| | | 9. If payment falls due on a Saturday or Non-Monday bank holiday in New York, USA then payment shall be made on the immediate preceding bank working day. If payment falls due on a Sunday or a Monday bank holiday in New York, USA then payment shall be made on the immediate succeeding bank working day. |
| | | 10. Beneficiary may issue Letter of Indemnity (LOI) to the owner of the ship for discharging the cargo to the applicant at the discharge port in case original Bill of Lading is not available with applicant. |
| | | 11. Bill of Lading may describe the port (s) of discharge in generic form, which includes the each discharge port or port. |
| | | 12. Interim Release Contract Number and Date |
| 71B | Charges | All bank charges in addition to the sender's charges/Agency. All charges for document are for the account of the Applicant. |
| 48 | Period for Presentation | Documents to be presented within 21 days after B/L date but within the validity of the credit. |
| 49 | Confirmation Instruction | Confirmed/Without (Agree/Confirm) |
| 53A | Reimbursing Bank | Reimbursement Bank: N.A. |
| 78 | Instructions to paying/accepting/negotiating bank | Documents, as stated above in the LC should be forwarded to us by courier at our following address: (RIL Issuing Bank's address) |

This Letter of Credit is subject to the Uniform Customs and Practice for Documentary Credits, 1993 revision, International Chamber of Commerce Publication No. 500, and the Uniform Rules for Bank to Bank Reimbursement, 1996 version, International Chamber of Commerce Publication No. 525. This is the operative instrument, no mail confirmation will follow.



ANNEXURE II

ISPS CLAUSE

I) BUYERS SHALL PROCURE THAT THE VESSEL SHALL COMPLY WITH THE REQUIREMENTS OF THE INTERNATIONAL CODE FOR THE SECURITY OF SHIPS AND OF PORT FACILITIES AND THE RELEVANT AMENDMENTS TO CHAPTER XI OF SOLAS (ISPS CODE) AND WHERE THE LOADING PORT IS WITHIN THE USA AND US TERRITORIES OR WATERS, WITH THE US MARITIME TRANSPORTATION SECURITY ACT 2002 (MTSA)

II) THE VESSEL SHALL WHENEVER REQUIRED PROMPTLY SUBMIT A DECLARATION OF SECURITY (DOS) TO THE APPROPRIATE AUTHORITIES PRIOR TO ARRIVAL AT THE LOADING PORT.

III) NOTWITHSTANDING ANY PRIOR ACCEPTANCE OF VESSEL BY SELLER, IF AT ANY TIME PRIOR TO THE PASSING OF RISK AND TITLE THE VESSEL CEASES TO COMPLY WITH THE REQUIREMENTS OF THE ISPS CODE OR MTSA:

A) SELLER SHALL HAVE THE RIGHT NOT TO BERTH SUCH NOMINATED VESSEL AND ANY DEMURRAGE RESULTING SHALL NOT BE FOR THE ACCOUNT OF THE SELLER.

B) BUYER SHALL BE OBLIGED TO SUBSTITUTE SUCH NOMINATED VESSEL AT ITS OWN COST WITH A VESSEL COMPLYING WITH THE REQUIREMENTS OF THE ISPS CODE AND MTSA.

IV) A) SELLERS SHALL ENSURE THAT THE LOADING PORT/TERMINAL/INSTALLATION SHALL COMPLY WITH THE REQUIREMENTS OF THE INTERNATIONAL CODE FOR THE SECURITY OF SHIPS AND OF PORT FACILITIES AND THE RELEVANT AMENDMENTS TO CHAPTER XI OF SOLAS (ISPS CODE) AND IF LOCATED WITHIN THE USA AND US TERRITORIES, WITH THE US MARITIME TRANSPORTATION SECURITY ACT 2002 (MTSA).

B) DEMURRAGE AT THE LOADING PORT ACTUALLY INCURRED BY BUYER RESULTING DIRECTLY FROM THE FAILURE OF THE LOADING PORT/TERMINAL/INSTALLATION TO COMPLY WITH THE ISPS CODE BUT NOT ATTRIBUTABLE TO WILFUL MISCONDUCT, FAULT, DEFAULT OR NEGLIGENCE BY THE BUYER AND IF LOCATED WITHIN USA AND US TERRITORIES WITH THE MTSA, SHALL BE ON SELLER'S ACCOUNT. ALL COSTS, EXPENSES WHATSOEVER INCLUDING ANY SPECIAL OR ADDITIONAL SECURITY MEASURES



REQUIRED BY ISPS CODE OR MTSA SHALL BE BOURNE ENTIRELY BY THE BUYERS".

v) SAVE WHERE THE VESSEL HAS FAILED TO COMPLY WITH THE REQUIREMENTS OF THE INTERNATIONAL CODE FOR THE SECURITY OF SHIPS AND OF PORT FACILITIES AND THE RELEVANT AMENDMENTS TO CHAPTER XI OF SOLAS (ISPS CODE) AND WITHIN THE USA AND US TERRITORIES OR WATERS, WITH THE US MARITIME TRANSPORTATION SECURITY ACT 2002 (MTSA), THE SELLER SHALL NOT BE RESPONSIBLE FOR ANY DEMURRAGE INCURRED BY THE BUYER ARISING FROM DELAY TO THE VESSEL AT THE LOADING PORT RESULTING FROM THE VESSEL BEING REQUIRED BY THE PORT FACILITY OR ANY RELEVANT AUTHORITY TO TAKE ANY ACTION OR ANY SPECIAL OR ADDITIONAL SECURITY MEASURES OR UNDERGO ADDITIONAL INSPECTIONS BY VIRTUE OF THE VESSEL'S PREVIOUS PORTS OF CALL.

vi) THE SELLER'S LIABILITY TO THE BUYER UNDER THIS AGREEMENT FOR ANY COSTS, LOSSES OR EXPENSES INCURRED BY THE VESSEL, THE CHARTERERS OR THE VESSEL OWNERS RESULTING FROM THE FAILURE OF THE LOADING PORT/TERMINAL INSTALLATION TO COMPLY WITH THE ISPS CODE OR MTSA SHALL BE LIMITED TO THE PAYMENT OF DEMURRAGE TO THE BUYER IN ACCORDANCE WITH THE PROVISIONS OF THIS CLAUSE".

# COMMERCIAL INVOICE

| | |
|---|---|
| Exporters Invoice No. 7120006071 | Date: 29 SEPTEMBER 2006 |

Exported by Seller
**RELIANCE INDUSTRIES LIMITED**
DHIRUBHAI AMBANI KNOWLEDGE CITY
PETROLEUM HOUSE,
3RD FLOOR WING,
GROUND, GHANSOLI
OPP. SITARAM MILLS, THANE BELAPUR ROAD,
NAVI MUMBAI 400 709
INDIA

Consignee:

**TO THE ORDER OF THE PETROLEUM OIL AND GAS
CORPORATION OF SOUTH AFRICA (PTY) LTD**

Contract Ref: RIL-OTA/GLA/MOSS/PETROSA/SEP 2006
Date: 02 SEPTEMBER 2006

Received within the Rep. of South Africa

**0 6 OCT 2006**

**TRADE FINANCE**

Applicant: Buyer Bank, etc.
THE PETROLEUM OIL AND GAS CORPORATION OF SOUTH
AFRICA (PTY) LTD
151 FRANS CONRADIE DRIVE PAROW
7500 SOUTH AFRICA

| Country of Origin of Goods | Country of Final Destination |
|---|---|
| INDIA | SOUTH AFRICA |

| Pre-Carriage by | Place of Receipt by Pre-Carrier | Terms of Delivery |
|---|---|---|
| NOT APPLICABLE | NOT APPLICABLE | |

| Vessel Name | Port of Loading | |
|---|---|---|
| JAG A | SIKA, INDIA | |

| Port of Discharge | Payment |
|---|---|
| MOSSEL BAY, SOUTH AFRICA | PAYMENT OF THIS INVOICE TO BE MADE IN ACCORDANCE WITH THE TERMS OF THE CONTRACT |

DUE DATE FOR PAYMENT 16 OCTOBER 2006.

| Marks & Container No. | No. & Kind of Pkgs. | Description of Goods | Quantity in US BBLS | Rate PER BBL US$ | Amount USD |
|---|---|---|---|---|---|
| IN BULK | HIGH SPEED DIESEL | 150,201.000 | 75.799 | |

**TOTAL**

| Bill of Lading No. | BDR Lading Date | Allocation No. | GR Form No. |
|---|---|---|---|
| | | | |

Declaration: We declare that this commercial invoice shows the actual price of the goods described and that all particulars are true and correct.

For Reliance Industries Limited

Authorised Signatory

Registered Office: 3rd Floor, Maker Chambers IV, 222 Nariman Point, Mumbai - 400021 INDIA

**Martin ARTHUR**

| | |
|---|---|
| From: | Toby Strachan [toby@caluloct.co.za] |
| Sent: | 07 September 2006 04:59 PM |
| To: | Martin ARTHUR |
| Cc: | Arnold COSWELL; Calulo Shipping |
| Subject: | BANGA / PETROSA RECAP CP DTD 7TH SEPT 2006 |



BANGA_MOSSEL
\Y SPM_I28019448.
              ARTHUR

WE ARE PLEASED TO RECONFIRM THE FOLLOWING FIXTURE AS PER YOUR
AUTHORITY . ALL SUBJECTS HAVE BEEN LIFTED . C/P DATED 7TH SEPTEMBER
2006

CHARTERERS FULL STYLE   : PETROSA , CAPE TOWN
                          (The Petroleum Oil and Gas Corporation of South
                          Africa (PTY) Ltd)

DISPONENT OWNERS        : Scandinavian Tankers c/o Transmarine
                          Management Copenhagen


VESSEL: M/T "BANGA"
VESSEL'S EX-NAME(S): AZIJA, ADRIATIC STAR
IMO/LR NUMBER: 8504870
YEAR BUILT: 1988
FLAG: LIBERIA
CLASS SOCIETY: DNV I1A1 Tanker for Oil ESP EO. CAP ]
SUMMER DWT (MT): 40,474
SUMMER DRAFT (M): 11.221
WINTER DWT (MT): 39,322
WINTER DRAFT (M): 10.988
TPC ON SUMMER DRAFT: 49.32
LOA(M): 175.83
BEAM (M): 31.99
DEPTH (M): 15.102
LIGHT WEIGHT (MT): 8,971
CARGO TANKS TOTAL CAPACITY AT 98 PCT EXCLUDING SLOP TANKS: 43,565 CBM
SLOP TANKS CUBIC CAPACITY (98 PCT): 1,126 CBM
SEGREGATION CAPACITY IN CUBIC METERS (98 PCT) WITH DOUBLE VALVES PER GROUP:
   GROUP 1: 11,036 CBM
   GROUP 2: 12,255 CBM
   GROUP 3:  8,868 CBM
   GROUP 4: 11,406 CBM
CARGO PUMPS: 4 X 1,200 CBM/HOUR, STEAM TURBINE
EPOXY COATED/STST COILS
SBT/CLS/IGS/VAPOUR RETURN LINE

lic alkylate+ums/ums/ums

itinerary : ets mumbai 7th sept 2300 hrs
            eta kandla 9th am
            ets kandla 11tham
            loadready 12th pm

obook bp and shell

for,

   min 35.000 mts 1-2 grades wvns cln unld und 2.5 npa chopt
   complete upto fc n/d/c/a/p/m/q/s min sg 0.81 at loaded temp
   excluding lubes, chemicals, casinheads, naptha, jetfuel

1

load: 1P Jamnagar (Sikka) AND IN CHARTERERS OPTION 1P JEBEL ALI
(IF OPTION DECLARED JEBEL ALI ALWAYS TO BE 2ND LOADPORT)

discharge: 1/2 P(S) Capetown-Durban rge (both inclusive) intention
Mossel bay

- LAYCAN : 12-14 SEPTEMBER 2006

  FREIGHT : ws 350
  OVERAGE 50 PCT
  Freight always to be paid on min 35.000 mts regardless of actual
  cargo quantity loaded.

- DEMURRAGE : usd 27,500 pdpr

  LAYTIME   84 HOURS SHINC

  Banking details:

  To be sent to:
  Nordea Bank Danmark A/S
  Copenhagen, Denmark
  SWIFT Code: NDEADKKK
  USD Account Number: 2228 5036 021 944
  Iban number: DK8120005036021944

  In favour of: Scandinavian Tankers Ltd

  INDIAN FREIGHT TAX TO BE FOR CHARTERERS A/C BUT OWNERS TO
  CO-OPERATE AND ASSIST IN OBTAINING TAX WAIVER IF APPLICABLE.

  ALL PORT CHARGES AT DISPORT, incl but not limited to
  agency fees, pilots and tugs, TO BE FOR CHARTERERS A/C AND TO BE SETTLED
  DIRECTLY BY THEM. CHARTERERS AGENTS TO APPLY .

SUB MUTUAL REVIEW OF OWNERS TERMS AND OWNERS AMENDMENTS TO BPV4 (AS BELOW)
AND CHARTERERS CLAUSES (IF ANY - CHARTERS TO SUPPLY SAME) :-

  BPV4 C/P (SEE OWNERS AMENDMENTS BELOW)

OWNERS ADDITIONAL CLAUSES :-

- ANY TAXES A/O DUES ON CGO A/O FRT TO BE FOR CHTRS ACCT SETTLED
  DIRECTLY BY THEM INCLUDING ANY IMPORT/EXPORT TAXES

  ANY ADDITIONAL WAR RISK PREMIUM OR CREW WAR RISK BONUS FOR THE
  VESSEL TO BE  FOR CHARTERERS ACCOUNT.

  CONOCO WEATHER CLAUSER EXCEPT IF
  LIGHTENING/ LIGHTERING/TRANSHIPMENT TAKES PLACE AT ANY
  LOCATION AND/OR IF VESSEL LOAD/DISCHARGES VIA SEA LINE /
  SEAPLATFORM OR OPEN SEA BERTH THEN ANY WEATHER DELAYS TO COUNT IN FULL AS
  USED LAYTIME OR DEMURRAGE TIME IF VESSEL ON DEMURRAGE AND ANY
  EXPENSES/TIME
  FOR UNBERTHING/REBERTHING DUE TO BAD WEATHER TO BE FOR CHRTS ACCT

- STRIKE AND/OR WAR CLAUSE
  TIME TO COUNT IN FULL STRIKES AND/OR WAR-LIKE SITUATION PERMITTING
  OR NOT.
  TIME USED FOR UNBERTHING/REBERTHING DUE TO STRIKE AND/OR WAR-LIKE
  SITUATION TO COUNT IN FULL AND COST TO BE FOR CHARTERERS ACCOUNT.

  charterers to pay for demurrage at discharge every seventh day
  immediately upon receipt of owners telexed or faxed invoice.
  thereafter the outstanding undisputed demurrage, if any, to be
  settled against owners telexed or faxed invoice together with
  freight.

2

BPVOY 4 CHARTER PARTY

DELETE ALL REFERENCES TO BP AND BP QUESTIONAIRE

PART 1

LINE 85 INSERT '84'.


PART 2


7.2.2    LINE 130 DELETE 'RECOVER, BY DEDUCTION FROM FREIGHT OR
         OTHERWISE' INSERT 'CLAIM'
         LINE 130 AFTER 'SAID' INSERT 'PROVEN'

.2       LINE 148 AFTER FOR ANY INSERT 'PROVEN'

.4       DELETE

.5       LINE 172 DELETE FROM 'OR OWNERS FAIL...' UNTIL
         LINE 174 ' ...CLAUSE 3'
         LINE 174 AFTER LIABLE FOR ALL INSERT 'PROVEN'
         LINE 178 AFTER ANY SUCH INSERT 'PROVEN'

.1       LINE 186 AFTER ADDITIONAL INSERT 'PROVEN'

5.2.4    CHARTERERS SHALL FURTHERMORE PAY FOR ANY ADDITIONAL AGENCY
         CHARGE AND EXPENSE, CUSTOMS OVERTIME AND FEES, AND ANY OTHER
         EXTRA PORT CHARGES OR PORT EXPENSES INCURRED BY REASON
         OF USING MORE THAN ONE BERTH.

7.1.5    LINE 300 ADD '50 PCT OF TIME SAVED'

8.1      LINE 333 AFTER IN THIS CHARTER ADD 'IN ANY CASE, ANY
         THE TRANSFER AREA/PLACE/POSITION SHALL ALWAYS BE TO MASTER'S
         DISCRETION, WHICH NOT TO BE UNREASONABLY WITHHELD'

9.2      LINE 367 AFTER TAKEN PLACE INSERT 'UNLESS DESIGNATED AS SUCH
         BY WORLDSCALE OR OTHER ORGANIZATIONS HAVING JURISDICTION'

9.3      LINE 407 DELETE 'REIMBURSE OWNERS' INSERT 'PAY AND SETTLE
         DIRECTLY'
         AFTER INCURRED INSERT 'INCL BUT NOT LIMITED TO,
         AGENCY CHARGES AND EXPENSES AND CUSTOMS,'

9.1.1    LINE 426 AFTER ANY INSERT 'PROVEN'

9.1.     LINE 458 AFTER UNDERTAKE THAT INSERT 'IF'
         LINE 458 DELETE 'WHICH' INSERT 'IT'

12.3.    LINE 480 ADD 'AND ANY ADDITIONAL COSTS INCURRED AS A RESULT
         OF CHARTERERS REQUIREMENT TO BE FOR CHARTERERS ACCOUNT'

16.2     LINE 552 DELETE 'FORTY-EIGHT (48)' INSERT 'TWENTY-FOUR (24)'

16.3.    LINE 554 AFTER CHARTERERS INSERT 'OR OWNERS'
         LINE 558 DELETE 'IN SUCH CASE' INSERT 'IN THE CASE CHARTERERS
         REQUIRE OWNERS TO NOTIFY'
         LINE 562 DELETE 'NINETY-SIX (96)' INSERT 'FORTY-EIGHT (48)'
         LINE 563 DELETE 'FORTY-EIGHT (48)' INSERT 'TWENTY-FOUR (24)'

16.4     LINE 571 DELETE 'NINETY-SIX (96)' INSERT 'SEVENTY-TWO (72)'

16.5     LINE 575 AFTER CLAIM FOR  INSERT 'PROVEN'
         LINE 577 DELETE FROM 'OR BY ANY...' UNTIL END OF SENTENCE

16.6     DELETE

3

17.    LINE 588 AFTER TIDAL CONDITIONS INSERT ',AWAITING DAYLIGHT,'

18.1.1    LINE 600 DELETE 'DAYLIGHT, TIDE'

18.1.3    ADD AFTER PILOTS 'WHEN LAYTIME SHALL COUNT IN HALF OR HALF
          DEMURRAGE, IF VESSEL ON DEMURRAGE'

19.3.1    LINE 652 DELETE FROM 'AND IN ANY....' UNTIL LINE 655-656
          '... SUCH TIME'

Clse 19.3.1 delete line 654 'or pro-rata in the case of a part cargo.'

19.3.2    LINE 660 DELETE FROM 'OR PRO RATA...' UNTIL LINE 661 '...PART
          CARGO'
          LINE 664 AFTER PRESSURE ADD 'AND THAT VESSEL IS ALLOWED TO
          USE FULL PUMPING CAPACITY'

19.4      LINE 672 DELETE FROM 'OR PRO RATA...' UNTIL LINE 673 '...PART
          CARGO'
          LINE 674 AFTER 'DISCHARGE' INSERT 'AND VESSEL IS ALLOWED TO
          USE FULL PUMPING CAPACITY'

19.5      DELETE

19.8      COW - DELETE N/A.

19.9      LINE 751 DELTE 'TWO (2)' INSERT 'THREE (3)'

20.1      LINE 789 PRIOR SUPPORTING INSERT 'AVAILABLE'
          ADD AT END OF LINE 791 - 'HOWEVER IT IS UNDERSTOOD THAT ANY
          CLAIM NOT PRESENTED WITHIN 90 DAYS LIMIT, WILL STILL BE
          TIME-BARRED.

20.2      LINE 794 DELETE 'WHATSOEVER'
          LINE 796 PRIOR SUPPORTING INSERT 'AVAILABLE'
          ADD AT END OF LINE 798 - 'HOWEVER IT IS UNDERSTOOD THAT ANY
          CLAIM NOT PRESENTED WITHIN 180 DAYS LIMIT, WILL STILL BE
          TIME-BARRED.

22.1      LINE 813 AFTER PORT INSERT 'UNLESS VESSEL HAS TENDERED NOR
          AT SUCH NOMINATED LOADING OR DISCHARGING PORT'

22.3      LINE 846 ADD AT END 'ANY ADDITIONAL PORT COST OR ANY
          OTHER COSTS INCURRED BY CHARTERERS ISSUING
          REVISED VOYAGE ORDERS, SHALL BE FOR CHARTERERS ACCOUNT
          AND SETTLED DIRECTLY BY THEM AGAINST OWNERS FULLY
          DOCUMENTED INVOICE.'

23.1.    LINE 848 AFTER ENTITLED INSERT 'AT CHARTERERS COST AND RISK'

4         LINE 864 AFTER RESULTING INSERT 'PROVEN'

25.       LINE 891 AFTER VOYAGE INSERT 'TIME AND LOADED CARGO
          TEMPERATURE'
          LINE 895 DELETE FROM 'THE QUANTITY OF...' UNTIL END LINE 907

27        LINE 924 ADD AT END 'CHARTERERS AGREE TO PAY FREIGHT IN
          ACCORDANCE WITH ROUTE TAKEN.'

31.2      DELETE

31.3      DELETE - SEE OWNERS INTERIM PORT CLAUSE BELOW

31.4      LINE 1080 DELETE 'AND 33'

33.1      LINE 1099 DELETE 'DEDUCT FROM FREIGHT' INSERT 'CLAIM'

33.4      LINE 1117 DELETE 'DEDUCTION FROM FREIGHT' INSERT 'CLAIM'
          LINE 1119 DELETE 'FREIGHT SO DEDUCTED' INSERT 'THE CLAIM'

34.3.     LINE 1141 DELETE FROM 'REASONS BEYOND...' UNTIL LINE 1142

'...OR AGENTS' INSERT 'SOLEY FOR THE SHIP'S PURPOSES'

35.    DELETE

44.1    AMEND '500 MILLION' TO '1 BILLION'

44.2    DELETE WORDS 'CURRENTLY 200 MILLION'

47.    ADD 'HOWEVER PETRO SA WILL ALWAYS REMAIN RESPONSIBLE FOR
       THE FULLFILLMENT OF THE C/P'

  BIMCON ISPS Clause

  INTERIM PORT CLAUSE

CHARTERERS TO PAY FOR ADDITIONAL INTERIM LOAD/DISCH PORT AT COST WITH
ADDITIONAL STEAMING TIME TO BE INCURRED FOR SUCH DEVIATION WHICH EXCEEDS
DIRECT PASSAGE FROM FIRST LOADPORT TO FINAL DISCHPORT.

TIME TO COUNT FROM ARRIVAL PILOT STATION INTERIM LOAD/DISCHARGE PORT UNTIL
DROPPING LAST OUTWARD PILOT INTERIM LOAD/DISCH PORT I.E. NO ALLOWANCE FOR
NOTICE TIME, NOR DEDUCTION FOR SHIFTING EVEN FROM ANCHORAGE TO FIRST BERTH
AND NO DEDUCTION FOR TIME LOST DUE TO TIDE, SEA AND WEATHER CONDITIONS.
DEVIATION AND TIME USED TO BE CALCULATED AT DEMURRAGE RATE PER DAY PRO RATA
PLUS COST FOR ADDITIONAL BUNKERS CONSUMED AS PER MASTERS TELEX STATEMENT.

DEVIATION, TIME USED, BUNKERS CONSUMED AND PORT COSTS AS PER AGENTS D/A TO
E PAID TOGETHER WITH FREIGHT AS PER OWNERS TELEXED INVOICE, WHICH LATER TO
BE SUPPORTED BY HARD COPY DOCUMENTATION.


  Night Time Navigation:

In case no night time navigation is permitted in port or approaching port,
waiting time to count as 50 per cent laytime, or 50 per cent demurrage if
ship on demurrage.

 -Weather Clause: (amended)
Conoco Weather Clause
Delays  in berthing for loading or discharge and any delays after berthing
which are due to weather and/or sea conditions shall count as one half
laytime or, if on demurrage rate. IF LIGHTENING/ LIGHTERING/TRANSHIPMENT
TAKES PLACE AT ANY
LOCATION AND/OR IF VESSEL LOAD/DISCHARGES VIA SEA LINE /
SEAPLATFORM OR OPEN SEA BERTH THEN ANY WEATHER DELAYS TO COUNT  IN FULL AS
USED LAYTIME
OR DEMURRAGE TIME IF VESSEL ON DEMURRAGE AND ANY EXPENSES/TIME
FOR UNBERTHING/REBERTHING DUE TO BAD WEATHER TO BE FOR CHRTS ACCT

  Line Displacement:
If Charterers need to arrange for a line displacement at loading port, and
provided that Owners have tank(s) available to load line displacement
volumes, Owners agree to take line displacement volumes onboard and
discharge it again after loading. Time used AND ALL COSTS to take the line
displacement to count against laytime or demurrage if the ship is on
demurrage.

+++

- 1,25 PCT ADDRESS COMMISSION ON F/DF/DEM  TO BE DEDUCTIBLE

MANY THANKS YOUR SUPPORT

KIND REGARDS

TOBY

OLOLO SHIPPING

| | | | |
|---|---|---|---|
| Shipped by | **Reliance Industries Limited** | | 1 |
| | | **TANKER BILL OF LADING** | 2 |
| Consignee | **To The Order Of The Petroleum Oil And Gas Corporation Of South Africa ( PTY ) Ltd** | | 3 |
| | | Serial No.: **RN - 173 / 2006-2007** | 4 5 |
| | | | 6 |
| Vessel Name | **Banga** | Date : **14th September, 2006** | 7 |
| Flag | **Liberia** | Voyage No: **020** | 8 |
| Port of Loading | **Sikka, India** | | 9 |
| Port of Discharge | **Mossel Bay, South Africa** | **COPY NON-NEGOTIABLE** | 10 11 |

---

**CLEAN ON BOARD**                                                                      12

**QUANTITY AND GRADE AS FURNISHED BY THE SHIPPER**             13
(In the case of packages or units, the marks and exact number should be stated)         14

| PRODUCT | **High Speed Diesel ( Gasoil )** | |
|---|---|---|
| CUBIC METERS at 15 °C | 23 847 . 823 | 15 |
| U S GALLONS at 60 °F | 63 08 022 | 16 |
| U S BARRELS at 60 °F | 1 50 291 | 17 |
| METRIC TONS | 20 395 . 623 | 18 19 |

**FREIGHT PAYABLE AS PER CHARTER PARTY AGREEMENT**          20

The stated weights and/or quantities and grades are supplied by the Shipper and these weights and/or quantities and grades are unknown to the Master.          21
22

Cargo Shipped under deck and loading completed on the day **14th** of **September** the year **2006** in apparent good order and condition and to be delivered, pursuant and subject to all terms and conditions, liberties and exceptions as per Tanker Voyage Charter Party including Clauses 1 to 11 on the reverse of this Bill of Lading incorporated herein and forming part of this Bill of Lading, in the like order and condition at named discharge port or so near thereunto as she may safely get and there discharge always afloat.          23 24 25 26
27

Notwithstanding any Charter Party or Bill of Lading provision to the contrary, any claims whatsoever arising hereunder brought by, or against, Reliance Industries Limited shall be determined by arbitration at Mumbai in accordance with the Arbitration Regulations and the Rules for the implementation of the Arbitration Regulations of the latter. Any such claims so referred shall be governed by the law of India. Nothing contained in this provision shall affect the rights and obligations of this provision of other parties to this Bill of Lading, including the right to arbitrate claims against parties other than Reliance Industries Limited in jurisdiction other than India.          28 29 30 31 32 33

| CLAUSES / ENDORSEMENTS | In witness whereof the Master of the said vessel has signed 3(Three) original Bills of Lading all of this tenor and date one of which being accomplished the others stand void. | 34 35 36 |
|---|---|---|
| | M.V. BANGA MONROVIA, LIBERIA · Sioe Haven Ltd. | |
| | _(signature)_ | |
| | (Sign. of Master) | 37 38 |
| | Capt. A. Predias | 39 |
| | (Name of Master With Seal) | 40 |



Caleb Brett Testing Services (UK)
Limited
Caleb Brett House
734 London Road
West Thurrock, Grays
Essex RM20 3NL

Telephone +44 (0) 1708 680200
Facsimile +44 (0) 1708 680264
www.intertek.com

| Your Ref. : | Date : 28-Feb-07 |

# Laboratory Test Report No. 07-000420-0-WTHU

Petro SA
The Petroleum Oil and Gas Corp
South Africa Ltd
151 Frans Conradie Drive
Parow 7500

| | | |
|---|---|---|
| **FOR THE ATTENTION OF** | : | Petro SA |
| **SAMPLE DETAILS** | : | 36 Samples - Received Jan '07 |
| **SOURCE** | : | Banga Various (Sikka, Jebel Ali & South Africa) |
| **DESCRIPTION** | : | See attached sheets |
| **CONTAINERS** | : | Various -see attached sheet    **SEALS**   See attached sheet |
| **RESULTS** | : | Various -see attached sheet |

Reported by: _____

Ricky Archer
UK CFR Specialist





Caleb Brett Testing Services (UK) Ltd. Registered Office 25 Savile Row, London W1S 2ES. Registered in England No. 1536264

0102

**BANGA**  **High Speed Diesel**

| Sample Source | Sample Date | Container | Seal No | ITS NID | Flash Point PMCC ASTM D93 C | Flash Point Seta-Flash ISO 3679 C | Density at 15 C IP365 (kg/l) |
|---|---|---|---|---|---|---|---|
| **Sikka** | | | | | | | |
| 813-006 Before Loading | 12/09/2006 | 3 litre can | 800728 | 196590 | 74 | | 0.8556 |
| 813-006 Before Loading | 12/09/2006 | 3 litre can | 800741 | 196547 | 77 | | 0.8556 |
| 813-006 Before Loading | 12/09/2006 | 3 litre can | 800716 | 196594 | | | |
| Jetty-line Before | 14/09/2006 | 1 litre can | 748278** | 196537 | 77 | | 0.8558 |
| Jetty-line After | 14/09/2006 | 1 litre can | 748205** | 196538 | | >30<35 | 0.8533 |
| First foot | 14/09/2006 | 5 litre can | 748215 | 196541 | 74 | | 0.8555 |
| First foot | 14/09/2006 | 5 litre can | 779384 | 196539 | 72 | | 0.8555 |
| Ship comp after loading | 14/09/2006 | 3 litre can | 748203 | 196593 | 76 | | 0.8556 |
| Ship comp after loading | 14/09/2006 | 3 litre can | 748281 | 196548 | 76 | | 0.8556 |
| 1C after loading | 14/09/2006 | 1 litre can | 992286 | 196216 | 74.5 | | 0.8570* |
| 3C after loading | 14/09/2006 | 1 litre can | 992279 | 196217 | | >70 | |
| 2S after loading | 14/09/2006 | 1 litre can | 992298 | 196218 | | >70 | |
| Individual tank (unidentified) | 14/09/2006 | 1 litre can | 992212 | 196222 | | >70 | |
| Individual tank (unidentified) | 14/09/2006 | 1 litre can | 992248 | 196221 | | >70 | |
| Individual tank (unidentified) | 14/09/2006 | 1 litre can | 992266 | 196220 | | >70 | |
| Individual tank (unidentified) | 14/09/2006 | 1 litre can | 992209 | 196219 | | >70 | |
| | | | | | | | |
| **Jebel Ali** | | | | | | | |
| Ship comp at Jebel Ali (gasoline ref.) | 21/09/2006 | 3 litre can | 354998 | 196597 | | | |
| Shore tank 807 (gasoline ref.) | 20/09/2006 | 3 litre can | 304170 | 197794 | | | |
| | | | | | | | |
| **Mossel Bay** | | | | | | | |
| Ship comp before discharge | 07/10/2006 | 5 litre can | 582818 | 196596 | 56 | | 0.8551 |
| 1C Running Mossel Bay | 08/10/2006 | 0.5 litre bottle | 582800 | 196599 | | >25<30 | 0.8544 |
| 3C Running Mossel Bay | 08/10/2006 | 0.5 litre bottle | 582803 | 196603 | 61 | | 0.8552 |
| 6C Running Mossel Bay | 08/10/2006 | 0.5 litre bottle | 582808 | 196611 | 68.5 | | 0.8554 |
| 2P Running Mossel Bay | 08/10/2006 | 0.5 litre bottle | 582801 | 196601 | 49 | | 0.8550 |
| 2S Running Mossel Bay | 08/10/2006 | 0.5 litre bottle | 582802 | 196602 | 46 | | 0.8549 |
| 4P Running Mossel Bay | 08/10/2006 | 0.5 litre bottle | 582804 | 196604 | 54 | | 0.8552 |
| 4S Running Mossel Bay | 08/10/2006 | 0.5 litre bottle | 582805 | 196606 | 50 | | 0.8550 |
| 5P Running Mossel Bay | 08/10/2006 | 0.5 litre bottle | 582806 | 196607 | 63 | | 0.8554 |
| 5S Running Mossel Bay | 08/10/2006 | 0.5 litre bottle | 582807 | 196609 | 63 | | 0.8554 |
| Slop Starb'd Running Mossel Bay | 08/10/2006 | 0.5 litre bottle | 582809 | 196612 | 49 | | 0.8548 |
| Manifold | 08/10/2006 | 0.5 litre bottle | 582817 | 196613 | 41 | | 0.8547 |
| | | | | | | | |
| **Durban** | | | | | | | |
| Vopak 120 Top | 03/11/2006 | 1 litre can | 143049 | 196524 | 56 | | 0.8551 |
| Vopak 120 Middle | 03/11/2006 | 1 litre can | 143048 | 196525 | 56 | | 0.8552 |
| Vopak 120 Bottom | 03/11/2006 | 1 litre can | 143047 | 196527 | 46 | | 0.8549 |
| Vopak 121 Top | 03/11/2006 | 1 litre can | 143057 | 196528 | 57.5 | | 0.8551 |
| Vopak 121 Middle | 03/11/2006 | 1 litre can | 143058 | 196529 | 53 | | 0.8551 |
| Vopak 121 Bottom | 03/11/2006 | 1 litre can | 143059 | 196530 | 49 | | 0.8551 |

Notes

Samples selected for GC analysis

\* Sample believed to be from Eternity, but labelled incorrectly

\*\* Original seal nos (seals absent). New seal nos. following sample re-containerisation  950485 (before) & 950454 (after)

N.B  Sample container capacities are estimates only

Sample with seal no. 992266 was observed to be leaking through bottom seam





## MINTON, TREHARNE & DAVIES LIMITED

*Consulting Scientists, Mariners & Engineers*
*Analytical & Testing Laboratories*
*Public Analysis*

Our ref: MTD 06340

Date 18th June 2007

Summary Report

M.T. 'Banga'

High Speed Diesel Quality Dispute

Shipment from Sikka, India

to Mossel Bay, South Africa

September—October, 2006

In accordance with instructions received from London Solicitors, Waltons & Morse, we have prepared a summary of findings made in connection with the subject contamination incident, based on our involvement with the joint analysis investigation undertaken in the U.K. and a review of the contemporaneous inspection company reports. This is presented as follows

### 1.    The Joint Analysis Investigation

1.1    With the agreement of various interested parties, a 'joint' analysis was arranged and run in the U.K. to investigate, so far as practicable, the nature, cause and extent of the subject contamination incident. This exercise was undertaken at two locations, between the 22nd January and the 5th February, 2007, utilising samples couriered from both loading and discharging ports. The basic specification tests of concern were performed first at the Intertek Testing Services Ltd (ITS) laboratory in West Thurrock, Essex. Sub-samples were also carefully prepared at that location for subsequent Gas Chromatographic (G.C.) analysis at the (specialist) M-Scan laboratory in Wokingham, Surrey, U.K. The basic tests were performed as a means of verifying

HEAD OFFICE    ·    MERTON HOUSE, CROESCADARN CLOSE, CARDIFF CF23 8HF UK
Tel: +44 (0) 2920 540000 E MAIL :mtd@minton.co.uk WEBSITE www.minton.co.uk

ALSO OFFICES AT LONDON, HOUSTON, SINGAPORE, CARMARTHEN

Registration No: ENGLAND 435262

the contemporaneous data, whilst the G.C. technique was utilised to attain more detailed information concerning the nature & cause of the HSD contamination. The laboratory test report (No. 07-000420-0-WTHU) produced by the ITS lab in West Thurrock is attached herewith as Appendix 1, whilst the M-Scan report (dated 16th March, 2007) is attached as Appendix 2. It should be noted that these two reports were prepared in conjunction with the attending participants (that included representatives appointed by cargo underwriters [Mike Melly – Calcon Ltd] and the vessel's P & I Club [Steven Jones – Associated Petroleum Consultants Ltd] together with the undersigned) and, as such, they represent effectively the jointly agreed findings of the participants involved.

1.2    The joint analysis results confirmed the contemporaneous findings, in so far as the High Speed Diesel (HSD) was found to be comfortably 'on-grade' with respect the primary parameter of concern (i.e. flash point' – required minimum 62 $^0$C) before and after loading at Sikka. The analysis confirmed, moreover, that overall the HSD was 'off-grade' in this regard following arrival at Mossel Bay, but with the quality varying between the ten tanks utilised for stowage of this product. (For reference purposes the contemporaneous HSD test results are appended as appendix 3).

1.3    The M-Scan (G.C.) analysis established that the depression in the flash point of the HSD cargo was caused by the ingress of gasoline constituents and demonstrated, moreover, that the causative mechanism was not one of a liquid-liquid contamination, but rather one of vapour transfer (involving primarily the most volatile gasoline components). This can only have occurred realistically through a failure to segregate properly the two (disparate) products, stowed during the subject voyage, from the vessel's common inert gas (IG) line. (N.B. A low flash point result was obtained on an 'after-loading' jetty-line sample from Sikka.    The form of contamination observed in that particular sample [i.e. liquid gasoline] was, however, different to that exhibited by the cargo at the discharge port [i.e. vapour contamination] with the gasoline evidently of a different make-up to that loaded at Jebel Ali. Given, that the HSD was 'on-grade' after-loading and that the samples taken at the discharge port evidenced a vapour-phase, rather than a liquid-liquid, contamination, the 'after-loading' jetty-line sample was viewed as an anomaly.)

## 2.    Cargo Measurements

2.1    The contemporaneous load-port inspection reports from Sikka (HSD) and Jebel Ali (Mogas) are attached as appendices 5 and 6, respectively, whilst the Intertek Caleb Brett inspection reports from Mossel Bay (MBY-0376) and Durban are attached as appendices 7 & 8.

2.2    Shipboard measurements taken prior to departure from Sikka indicate only a minor overage in gross standard volume (GSV) (+ 23.572 $m^3$ @15 $^0$C or 0.10%) relative to the shore derived Bill of Lading figure, which reduces to shortfall of 2.680 $m^3$ @15 $^0$C (or 0.01%) following application of the vessel's experience factor (VEF). These differences are well within normal measurement tolerance levels, and support the view that nothing untoward occurred during the loading operation.

2.3    Cargo measurements taken following arrival of the 'Banga' at Mossel Bay indicate, however, an apparent overall intransit gain in the GSV of the HSD cargo of + 92.86 $m^3$ (or 0.39%) and au apparent overall loss of Mogas of - 5.556 $m^3$ (or 0.04%), as detailed below.

|                          | GSV ($m^3$ @ 15$^0$C) | |
|--------------------------|-----------|-----------|
|                          | HSD       | Mogas     |
| Vessel After-loading     | 23891.375 | 14745.040 |
| Vessel on arrival M.Bay  | 23984.235 | 14739.484 |
| Difference               | + 92.860  | - 5.556   |
| Difference as a %        | 0.39      | 0.04      |

Under normal circumstances we would view any intransit variation in excess of around + or - 0.3% with some concern. The cargo measurements made at Mossel Bay are said, however, to have been taken whilst the vessel was rolling & pitching moderately, and, as such, the significance of these particular discrepancies is less clear. An examination of the quantities on a tank by tank basis reveals, however, some more significant variations, most notably in 1 Centre, 2 Starb'd & 4 Starb'd with respect to the HSD cargo, where gains of 0.79%, 0.65% and 0.63% are observed respectively, and in 1 Starb'd with respect to the Mogas cargo, where an apparent loss of 1.39% is indicated. The apparent intransit gains in these three HSD tanks coincide with some of the largest flash point depressions observed. Accordingly, this suggests

that the apparent changes in cargo volume observed over the duration of the voyage are likely to have been real, to some extent, despite the fact that the cargo measurements on arrival at Mossel Bay were not made under ideal conditions.

A comparison of the combined HSD shore outturn quantities at Mossel Bay and Durban with the original Sikka Bill of Lading figures is shown below :

|  | GSV (m$^3$ @ 15$^0$C) | Metric Tons |
|---|---|---|
| Shore Outturn at Mossel Bay | 14922.228 | 12754.470 |
| Shore Outturn at Durban | 9046.327 | 7730.086 |
| Combined Outturn | 23968.555 | 20484.556 |
| Bill of Lading | 23867.803 | 20395.038 |
| Difference | + 100.752 | + 89.518 |
| Difference as a % | 0.42 | 0.44 |

An outturn gain against Bill of Lading is in itself unusual, given the potential for real physical 'losses' to arise from cargo that cannot be discharged fully from the vessel's tanks & line system. The apparent gain observed in this case is considered significant and is not inconsistent with the observed intransit increase in the HSD cargo (+ 92.861 m$^3$ @ 15$^0$C, or 0.39%) and the outturn shortfall observed in connection with the Mogas consignment (- 80.784 m$^3$ @ 15$^0$C, or 0.55%). The cargo measurements appear therefore to support the test findings in indicating that the HSD had become contaminated with gasoline whilst on passage from Jebel Ali.

## 3.    Conclusions

3.1    The HSD cargo supplied to the 'Banga' was in a sound, 'on-grade' condition following completion of loading at Sikka on the 14th September. This is verified by analysis of a number of sets of pre-shipment shore tank and after-loading ship composite samples, tested variously at Sikka, Mossel Bay and at the joint-testing exercise undertaken in the U.K.

3.2    The HSD cargo was found to be significantly 'off-grade' with respect to flash point following commencement of discharge operations at Mossel Bay. Subsequent investigations revealed that the majority of ship's tanks in which the HSD was stowed



had been affected. The level of contamination, however, was not uniform throughout but varied on a tank by tank basis. This condition has been confirmed by various testing exercises performed in South Africa and at the joint analysis undertaken in the U.K. In the event, approximately 63% of the HSD cargo was accepted ashore at Mossel Bay and ultimately used for its intended purpose, whilst the material that had been affected more significantly was discharged into temporary storage tanks in Durban and disposed of eventually by discounted sale.

3.3    Whilst some concerns exist with respect to certain of the samples shipped to the U.K. for the joint analysis, the analytical evidence as a whole presents a compelling picture that indicates that the HSD cargo became contaminated during the actual voyage to Mossel Bay. The G.C. analysis performed as part of the joint testing investigation confirmed that the HSD cargo was contaminated with low-boiling point gasoline components, which account unquestionably for the observed depressions in the flash point and density of the product. The G.C. analysis established, moreover, that the mode of the contamination was not that of a liquid-liquid mix, but rather was the result of the ingress & absorption of gasoline vapours into the diesel, (i.e. a vapour phase contamination) during the passage from Jebel Ali, where the consignment of gasoline was loaded.

3.4    Cargo measurements indicate an apparent increase in the GSV of the HSD consignment between Sikka and Mossel Bay, whilst the combined shore outturn figures at Mossel Bay & Durban confirm an overage of + 100.752 $m^3$ or 0.42% for this product in comparison with the advised Bill of Lading quantity. When viewed in conjunction with the apparent outturn shortfall observed in relation to gasoline parcel (- 80.784 $m^3$ @ 15$^0$C, or 0.55%) these figures support the indications given by the analysis that the contamination problem arose whilst the cargo was intransit to Mossel Bay.

3.5    The mechanism of the contamination in this instance was by vapour transfer of the more volatile gasoline components into the diesel tanks, in all probability, through the vessel's inert gas (I.G.) system. The cause of the contamination appears to have been a failure to adequately segregate the vapour phases of the two disparate cargoes from the common I.G. line. The crew should have been aware of the necessity to

(MTD)   Minton, Treharne & Davies Ltd.                                                    Page 6

segregate the vapour phases of the two cargoes, as the potential for vapour phase
contamination through (common) I.G. lines is highlighted in IMO publications. It is
uncertain at this stage, however, whether the failure to segregate the vapour phases of
the two cargoes was consequence upon the condition of the valves and / or their
associated control / indicator mechanisms, or due to deficiencies in terms of their
operation, or a combination of these factors. Further comment on this aspect may be
possible on release of documentation by the Owners.


We trust the above is of some assistance. However, should you have any queries in
relation to this matter, please do not hesitate to contact us.


Yours faithfully
Minton Treharne & Davies Ltd
(Alan Smaridge)

**Display Document: Line Item 002**



IOBANGA
DURBAN  PAYMENT
FOR
CARGO
SENT  TO  HARVEST

**PetroSA**

The Petroleum
Oil and Gas Corporation
of South Africa (Pty) Ltd
Reg. No. 1970/008130/07

151 Frans Conradie Drive
Parow 7500
Private Bag X5
Parow 7499
Republic of South Africa
Tel: +27 (0)21 929 3000
Fax: +27 (0)21 929 3144

## ORIGINAL

### COMMERCIAL INVOICE

| INVOICE NUMBER | 90043195 |
|---|---|
| Invoice Date | 19 December 2006 |
| Bill of Lading date | 19 December 2006 |

| CUSTOMER | TERMS OF DELIVERY AND PAYMENT |
|---|---|
| Harvest Energy Ltd<br>2 Cavendish Square<br>London, Wig 0pu<br>England | PAYMENT TO BE MADE<br>DIRECT TO: Standard Chartered Bank,<br>One Madison Ave , New York<br>SWIFT ADDRESS: SCBLUS33<br>Account : 3582088618001<br>MT103-directly to Swift : SBZAZAJJ For credit : PetroSA<br>Account : 090389913 |

| DESCRIPTION OF GOODS | Bill of lading<br>Quantity | Unit Price<br>USD/ | AMOUNT<br>USD |
|---|---|---|---|
| Gasoil with specification as per Caleb Bret  Analysis sample numbers :<br>11/6/834 and 11/6/837<br>Quantity approx<br><br>Delivery : FOB Durban Ex  Vopak 9- 20 December 2006<br><br>Price : Jan  Gasoil lpe per platts closing minus 86.50<br>USD/Ton | 7733.54 MT<br><br>9059.39 CM | 457.25 | 3,536,161.17 |

| APPROVED | | SUBTOTAL | 3,536,161.17 |
|---|---|---|---|
| NAME | Charmaine Dunlop | | |
| DESIGNATION | Gen.Ledger & Debtors Administrator | Vat | 0.00 |
| SIGNATURE | pp *(signature)* | Insurance | |
| DATE AND PLACE | 19 .12. 2006<br>Cape Town | TOTAL<br>USD | 3,536,161.17 |



For Attention: Consult agent
Insanely Printed

Harbour Charges for Vessel "RANGER"
October 2006 - 2006 Tons 27 800 Gross Ton

| | | |
|---|---|---|
| Port Dues – Less Days | R 44 776.83 | |
| Craft Assit. – In/Out x 3 | R 95 793.44 | |
| Pilotage – In/Out x 3 | R 12 418.02 | |
| Berthing Services   x3 | R 67 715.25 | |
| Running of Lines   x3 | R 3 233.62 | |
| Tanker Watch   x3 | R 206 786.39 | |
| | Sub Total | R 523 367.00 |
| | vat | R 73 297.80 |
| | Total | R 596 658.07 |





**PetroSA**

The Petroleum
Oil and Gas Corporation
of South Africa (Pty) Ltd
Reg. No. 1970/008411/07

Head Office
...
...
...
Republic of South Africa
Tel +27 (0)21 929 3000
Fax +27 (0)21 929 3144

| INVOICE NUMBER | TNEMB/CV 03 |
|---|---|
| DATE | 21 February 2007 |
| CUSTOMER'S REFERENCE | TANGOY |

| CUSTOMER | TERMS OF DELIVERY AND PAYMENT |
|---|---|
| Thenilsat Shipping (Pty) Ltd | Payment to be made: |
| c/o Stumbar Shipping Pty ( Ltd) | Standard Bank, Thibault Square |
| P. O. Box 2746 | Branch Code: 02 09 09 |
| Cape Town | Bank account number: 07 883 035 2 |
| 8000 | Payment Terms: 30 Days from Date of Invoice |
| Att : Jerome F Karolse | |

| DESCRIPTION OF GOODS | Quantity SRM | Quantity JE | Unit Price A | Unit Price R | AMOUNT RAND |
|---|---|---|---|---|---|
| PORT DUES: less 10% | | | | | 41 779.63 |
| CRAFT ASSISTANCE - IN/OUT | | | | | 65 723.49 |
| PILOTAGE - IN/OUT | | | | | 15 216.37 |
| BERTHING SERVICES (ONBOARD TANKER) | | | | | 67 715.26 |
| RUNNING OF SHIPS LINES | | | | | 3 133.65 |
| TANKER WATCH | | | | | 306 991.89 |
| Tariff as per Portnet Tariff Book | | | | | |

| APPROVED | | | SUBTOTAL | 523 557.08 |
|---|---|---|---|---|
| NAME | Charmaine Dunlop | | | |
| DESIGNATION | Gen Ledger & Debtors Administrator | VAT | 73 297.99 |
| SIGNATURE | | | | |
| DATE AND PLACE | 21 February 2007 Cape Town | TOTAL | 746 855.07 |



# Scandinavian Tankers Ltd.

Petrosa
c/o Monitor Shipping AB
Humlegårdsgatan 14                                    Copenhagen 08-01-2007
S-114 46 Stockholm
Sweden

## Invoice

| | | |
|---|---|---|
| **Vessel:** | **Banga** | **Invoice no: 26810** |
| **Ref :** | **020** | |
| **Cargo:** | **Gasoil + Mogas** | |
| **B/L Figures:** | **31,783.695** | |
| **C/P:** | **07-09-2006** | |
| **B/L date:** | **21-09-2006** | |

Durban port costs as per Charter Party for the account of Charters. - Total R 315,485.12 which
equal to USD 43,217.14 - Owners items have been deducted from the attached D/A.

| Amount due as per attached | **USD** | **43,217.14** |
|---|---|---|

**Terms of Payment: Immediately**

To be sent to:
Nordea Bank Danmark A/S
Kgs. Lyngby, Denmark
SWIFT: NDEADKKK
USD Account Number:    DK81 2000 5036 021944
In favour of:          Scandinavian Tankers Ltd.

Ref.: C/P dated 07-09-06 / Banga / Petrosa
Please state following reference upon payment: 020

Transmarine Management ApS                               Phone: +45 3393 2525
Holbergsgade 26, 1                                         Fax: +45 3393 8981
DK-1057 Copenhagen K                                   Tlx: +51-94078833 via UK
Denmark                                         Email: transmarine@transmarine.dk

Vopak Terminal Durban (Pty) Ltd
Reg No 1998/011237/07
P.O. Box 21030
4028 Bluff, Durban
Rep. of South Africa
Tel No: + 27 31 466 9200
Fax No: + 27 31 466 9272

**Vopak**

To:   THE PETROLEUM OIL AND GAS CORPORATION
      OF SOUTH AFRICA (PTY) LTD
      PRIVATE BAG X5
      7499    PAROW

Account:              90201161
Page:                 1
Customer VAT Reg.     4320103502
Our Reference:

**Tax Invoice**
VAT Reg No 4790350196

Please be advised that your account has been debited or back-charged as follows:

| Date | DT | Number | Type | Item | Due Date | Remark | Amount |
|------|----|--------|------|------|----------|--------|--------|
| 06/12/06 | Fr | 4020592 | Customer invoice number | | 05/01/07 | Wasteman - 718607 | 3,308.00 |

Total Amount Invoiced          3,308.00
Tax Amount                       533.14
Balance Due                    3,341.12  ZAR

Banking Details:   ABSA Corporate Bank
                   Bluff, Durban
                   Branch No: 631326
                   Account No: 070 2424 5233

**Vopak Terminal Durban (Pty) Ltd**
Reg No 1999/011237/07
P.O. Box 21030
4036 Bluff, Durban
Rep. of South Africa
Tel No: + 27 31 466 9200
Fax No: + 27 31 466 9272

To:  THE PETROLEUM OIL AND GAS CORPORATION
     OF SOUTH AFRICA (PTY) LTD
     PRIVATE BAG X5
     7499     PAROW

Account:            40201181
Page:               1
Customer VAT Reg:   4320103502
Our Reference:      J0226014-2

### Tax Invoice

VAT Reg No 4790190180

Please be advised that your account has been debited or back charged as follows:

| Date | DT | Number | Type | Item | Due Date | Remark | Amount |
|------|-----|--------|------|------|----------|--------|--------|
| 01/12/05 | RI | 40205934 | Customer Invoice (standard) | | 31/12/05 | Tank storage Dec06(RK120121) | 1,430,000.00 |
| | | | | | | Total Amount Invoiced | 1,430,000.00 |
| | | | | | | Tax Amount | 200,200.00 |
| | | | | | | Balance Due | 1,630,200.00 |



Banking Details:  ABSA Corporate Bank
                  Bluff, Durban
                  Branch No: 631326
                  Account No: 010 2423 3273

**Vopak Terminal Durban (Pty) Ltd**
Reg No 1996/011237/07
P.O. Box 21030
4036 Bluff, Durban
Reg. of South Africa
Tel No: + 27 31 466 9200
Fax No: + 27 31 466 9272

To:  THE PETROLEUM OIL AND GAS CORPORATION
OF SOUTH AFRICA (PTY) LTD
PRIVATE BAG X5
7499    PAROW

Account:          40281181
Page:             4
Customer VAT Reg:  4320103502
Our Reference:     JC22698

**Tax Invoice**
Vat Reg No 4290190196

Please be advised that your account has been debited or back charged as follows:

| Date | OT | Number | Type | Item | Due Date | Remark | Amount |
|------|-----|--------|------|------|----------|--------|--------|
| 01/12/06 | RI | 40205882 | Customer invoice Durban | 01/12/06 | Tank storage (K120/121) | | 1,650,000.00 |
| | | Attachment: | | | | | |

| | |
|---|---|
| Total Amount Invoiced | 1,650,000.00 |
| Tax Amount | 231,000.00 |
| Balance Due | 1,881,000.00 |

Banking Details:   ABSA Corporate Bank
Bluff, Durban
Branch No: 507426
Account No: 010-2423 5221

Vopak Chemicals Logistics Netherland

Location:
Vopak Terminal Durban
105 Tahwan Road
Island View
4052    Bluff, Durban

 **Vopak**

# INVOICE

THE PETROLEUM OIL AND GAS CORPORATION
OF SOUTH AFRICA (PTY) LTD
PRIVATE BAG X5
7499    PAROW

V.A.T. Reg. No.: 4320103502

**TAX INVOICE**
ABSA CORPORATE BANK, BLUFF DURBAN
BRANCH NO. 631326
ACCOUNT NO. : 01024233223

| | |
|---|---|
| Terminal: | Farewell - Ops |
| Location: | Bluff, Durban, South Africa |
| Phone: | +27 31 4669200 |
| Fax: | +27 31 4669272 |

| | |
|---|---|
| Invoice No.: | **40207629   UD  00402** |
| Customer No.: | **40201181** |
| Invoice Date: | February 1, 2007 |
| Terms: | A/R Net 30 Days |

| Execution Date | Description / Vehicle Your Reference | Our Reference Parcel Reference | Tax Rate | Quantity | Units | Price | Per | Line Total |
|---|---|---|---|---|---|---|---|---|
| | **CONTRACT NO.**   2006/004 | | | | | | | |
| | Clean Line | | | | | | | |
| 12/17/06 | Clean Line | 60937 | 14.00 % | 1.00 | HR | | | 15,000.00 |
| | Tank Washing-Dec-06 | | | | | | | |
| | *PIPELINE CLEANING CHARGED AT THE END OF CONTRACT* | | | | | | | |
| | TK0120 | | | | | | | |
| | Clean Line | TOTAL | | + 1.00 | HR | | | + 15,000.00 |
| | Clean Tank | | | | | | | |
| | TK0120 | | | | | | | |
| 12/17/06 | Clean Tank | 60937 | 14.00 % | 1.00 | HR | | | 30,000.00 |
| | Tank Washing-Dec-06 | | | | | | | |
| | *TANK CLEANING AT THE END OF CONTRACT AS PER CONTRACT* | | | | | | | |
| | *AT THE END OF CONTRACT* | | | | | | | |
| | TK0120 | | | | | | | |
| | TK0120 | TOTAL | | + 1.00 | HR | | | + 30,000.00 |
| | | Service Charge Total | | | | | | 45,000.00 |
| | | AR - Standard VAT 14% | | 14.00 % | | | | 6,300.00 |
| | | **Total to your debit:** | | **South African Rand** | | | | **51,300.00** |

E-Mail ct.durban@vopak.com
Visit us on the Web: www.vopak.com

All transactions subject to our general terms and conditions
Please quote our invoice and customer number with your payment

Company Reg.: 1989/01237/07
V.A.T. Reg. No.: 4790160196

**Vopak**

Location:
Vopak Terminal Durban
186 Tanker Road
Island View
4052    Bluff, Durban

9001157Z

# INVOICE

TAX INVOICE
ABSA CORPORATE BANK, BLUFF DURBAN
BRANCH NO.: 631326
ACCOUNT NO.: 010242332223

THE PETROLEUM OIL AND GAS CORPORATION
OF SOUTH AFRICA (PTY) LTD
PRIVATE BAG X5
7499    PAROW

| | |
|---|---|
| Terminal: | Farewell - Ops |
| Location: | Bluff, Durban, South Africa |
| Phone: | +27 31 4669200 |
| Fax: | +27 31 4669272 |

| | |
|---|---|
| Invoice No.: | 4020748D   UID 00402 |
| Customer No.: | 4020191 |
| Invoice Date: | January 4, 2007 |
| Terms: | A/R Net 30 Days |

V.A.T. Reg. No.: 4320103502

| Execution Date | Description / Vehicle / Your Reference | Our Reference / Parcel Reference | Tax Date | Quantity | Unit | Price | Per | Line Total |
|---|---|---|---|---|---|---|---|---|
| | CONTRACT NO. | | | | | | | |
| | Equalisation Fund | | | | | | | |
| Jan 07 | Equalisation Fund MT SUNRIVA | 50515 | R100.3 | 11,376.00 | KL | 1.25 | KL | 14,220.00 |
| | "EQUALISATION FUND CHARGED FOR BACKLOADING MT SUNRIVA CHARGED AT R1.25 PER KL CHARGED AS PER CONTRACT" | | | | | | | |
| | Equalisation Fund | TOTAL | | 11,376.00 | KL | | | 14,220.00 |
| | CONTRACT NO. 2006/004 | | | | | | | |
| | Overtime Ship | | | | | | | |
| 01/04/07 | Overtime Ship MT SUNRIVA | 50515 | R100 % | 2,120.00 | MN | 759.91 | HR | 26,839.55 |
| | "OVERTIME CHARGED FOR BACKLOADING MT TK120 & TK121 INTO THE MT SUNRIVA ON 29/05/06 35 HRS AND 20 MINS CHARGED" | | | | | | | |
| | Overtime Ship | TOTAL | | 2,120.00 | MN | | | 26,839.55 |
| | Excise Charge Total | | | | | | | 41,059.55 |
| | A/R Rated VAT 14% | | | | | | 14.00 % | 5,748.34 |
| | Total to your debit: | | | South African Rand | | | | 46,807.89 |

CERTIFIED FINANCE INVOICE
2007-01-2?

Page 1 / 1
E-Mail: vopakdurban@vopak.com
Visit us on the Web: www.vopak.com

All transactions subject to our general terms and conditions
Please quote our invoice and customer number with your payment

Company Reg.: 1995/01122/07
V.A.T. Reg. No.: 4790150100



**WASTEMAN**
KwaZulu Natal

Your partner in total waste management

TAX INVOICE

Document No.    726427

Document Date    05/01/07

VOPAK
P O BOX 21036
ISLAND VIEW

4020

COLLECTION ADDRESS

FROM SITE
ISLAND VIEW

CUST VAT No.    4700160198

| CREDIT NOTE No. | ACCOUNT No. | DATE | ORDER No. | WASTE MANIFEST DOC. No. | WEIGHBRIDGE No. |
|---|---|---|---|---|---|
| CPZ106416A | VANON | 05/01/07 | 6526 | 726427,724064 | 4822616 |

| QUANTITY | CODE | DESCRIPTION | UNITS | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|
| 1.0000 | TUP OF TUBE | | EACH | 652.0000 | 652.00 |
| 1.0000 | TREMORE DIESEL WASH | | EACH | 662.0000 | 662.00 |
| 5.3400 | DISPOSAL PETROL | | EACH | 310.0000 | 1655.40 |
| 5.3400 | TREATMENT SYSTEM | | EACH | 35.0000 | 186.90 |
| 14.0000 | TRUCK - Temporary | | EACH | 213.0000 | 2982.00 |



RECEIVED
2007-01-16

| BIN No. REMOVED | T566 | BALE No. | Nt | LANDFILL SITE | ES | AREA | |
|---|---|---|---|---|---|---|---|
| BIN No. REPLACED | T566 | DEPOT | | TRUCK No. | N27 | SUB TOT | 6148.30 |

|  |  |  | FAX |  |
|---|---|---|---|---|
| PMB | 32308, Mobeni 4060 | 033 386 6811 | 031 386 6761 | |
| RICHARDS BAY | 32308, Mobeni 4060 | 035 797 6679 | 035 797 3160 | |

| VAT | 860.77 |
|---|---|
| TOTAL | 7009.07 |

# Scandinavian Tankers Ltd.

Petrosa
c/o Monitor Shipping AB
Humlegärdsgatan 14
S-114 46 Stockholm
Sweden

Copenhagen 08-01-2007
Invoice no:   26810



### Freight Invoice

| Vessel: | Banga | | Ports: |
|---|---|---|---|
| Ref : | 020 | | Durban |
| Cargo: | Gasoil + Mogas | | Jamnagar |
| B/L Figures: | 31,783.695 | | Jebel Ali |
| C/P: | 07.09.2006 | | Mossel Bay |
| B/L date: | 21-09- | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Minimum Quantity | 31,783.695 | 350,0 | 12,50 | | USD | 1,390,536,66 |
| Overage: | 0% | | 12,50 | | USD | 0.00 |
| Lumpsum | | | | | USD | 5,238.78 |
| | | | | | | |
| Less | | | | | | |
| Gross freight | | | | | USD | 1,395,775,44 |
| Address Commission | | 1,25% | | | USD | 17,447,19 |
| Brokerage Commission | | 0,00% | | | USD | 0.00 |
| Total freight | | | | | USD | 1,378,328,25 |
| Less amount already remitted | | | | | USD | 1,314,613,86 |
| Total due | | | | | USD | 63,714,39 |

Please remit to:
Nordea Bank Danmark A/S
Kgs. Lyngby, Denmark
SWIFT: NDEADKKK
IBAN Account Number:       DK31 2000 5036 021944
In favour of:                        Scandinavian Tankers Ltd.

Ref.: C/P dated 07-09-06 / Banga / Petrosa
Please state following reference upon payment: 020

Transmarine Management ApS
Holbergsgade 26, 1.
DK-1057 Copenhagen K
Denmark

Phone: +45 3393 2525
Fax: +45 3393 8961

Tlx: +31 39078833 via UK
Email: transmarine@transmarine.dk



# Intertek  Caleb Brett

Reg ch. 1971/002220/07
INTERTEK TESTING SERVICES (SOUTH AFRICA) (PTY) LTD
P.O. Box 21002
DURBAN
Tel: +27 31 268-5200
Fax (Accounts) +27 31-468-7021
Email: accounts@caleb_brett_sa.co.za

Banking Details:
Bank: First National Bank
Branch: Durban
Branch Code: 221426
Account Number: 50622554700

Vat registration: (2x)xx

## Supporting Documentation for Invoice No 00008

| | |
|---|---|
| Petro S.A. | LAB/RST |
| 151 Frans Conradie Drive | Account No : |
| Parow | |
| 7500 | Date : 17/10/2006 |
| Contact: COSWELL ARNOLD | Customer Ref/Order no: |
| | Page 1 |

OPERATION : TE @ DURBAN
SOURCE :
JOB NO :

| Description | Quantity | Unit Price | Extended Price |
|---|---|---|---|
| Analysis and Demurrage Charge | 1 | R 32,905.00 | R 32,905.00 |
| Courier and Outsourcing Charge | 1 | R 2,500.00 | R 2,500.00 |

*(handwritten notes)*

| Comments: | Discount | 0.00 |
|---|---|---|
| osts for additional work activities performed for the MT Barge. | Subtotal | R 35,405.00 |
| | Total V.A.T | R 4,956.70 |
| | Total Amount | R 40,430.70 |

Our standard terms and conditions of business shall apply and are available upon request.

# Intertek Caleb Brett

**ORIGINAL**

Reg no. 1971/002222/07
INTERTEK TESTING SERVICES (SOUTH AFRICA) (PTY) LTD
Durban
P.O Box 21062
Bluff 4036
South Africa
Tel: +27 31 466-8600
Fax (Accounts): +27-31 465-7821
E-mail : Accounts.CBE-Durban@intertek.com

Vat Reg No : 4010112342

Banking Details:
Bank: First National Bank
Branch: Jacobs
Branch Code: 22-06-26
Account Number: 50820506785

Swift Code: FIRNZAJJ762
Corresponding Bank: Chase Manhattan New York
Swift Address: CHASUS 33

**Tax Invoice No 22535**    **DBNSUR**

| | | |
|---|---|---|
| Petro Sa | Account No | : PET021 |
| PRIVATE BAG X1 | Date | : 24/10/2006 |
| WATERFRONT | Customer Ref/Order No : | |
| 8002 | Page | : 1 |

Contact: Coswell Arnold-Trading Supply & Logistics I

OPERATION : DI @ DURBAN     23/10/2006  VAT REGISTRATION NO: 4320103502

SOURCE  :  BANGA

JOB NO  :  DBN 2880

| Description | Extended Price |
|---|---|
| VSL "BANGA" DISCHARGED AT DURBAN 18/20 OCTOBER 2006 | |
| 7759.65 METRIC TONS : GASOIL | 15,542.00 |

| Comments: | | | |
|---|---|---|---|
| | Discount | R | 0.00 |
| Terms of Payment : 30 days from invoice date. | Subtotal | R | 15,542.00 |
| Interest on overdue accounts will be charged at 2% monthly. | Total V.A.T | R | 2,175.87 |
| | Total Amount | R | 17,717.87 |

Our standard terms and conditions of business shall apply and are available upon request.

# Intertek  Caleb Brett

**ORIGINAL**

Reg no. 1971/002228/07
INTERTEK TESTING SERVICES (SOUTH AFRICA) (PTY) LTD
Durban
P.O Box 21002
Bluff 4036
South Africa
Tel: +22 31 465 8600
Fax (Accounts) +27-31 465-7821
E-mail : Accounts.CBE-Durban@intertek.com

Vat Reg No : 4610112342

Banking Details:
Bank: First National Bank
Branch: Jacobs
Branch Code: 22-06-28
Account Number: 50820566786

Swift Code: FIRNZAJJ782
Corresponding Bank: Chase Manhattan New York
Swift Address: CHASUS 33

## Tax Invoice No 23698    DBNSUR

| | | |
|---|---|---|
| Petro Sa | Account No | : PET021 |
| PRIVATE BAG X1 | Date | : 25/12/2006 |
| WATERFRONT | Customer Ref/Order No : | |
| 8002 | Page | : 1 |
| Contact: Coswell Arnold Trading Supply & Logistics D | | |

OPERATION : LO @ DURBAN     25/12/2006    VAT REGISTRATION NO: 4320103502

SOURCE     :   SUNNIVA

JOB NO     :   DBN 2984

| Description | Extended Price |
|---|---|
| VESSEL "SUNNIVA" LOADED AT DURBAN | |
| 13/29 DECEMBER 2006. | 4,795.30 |
| 7713.55 METRIC TONS: GASOIL | |

**Comments:**

Terms of Payment : 30 days from invoice date.
Interest on overdue accounts will be charged at 2% monthly.

| | | |
|---|---|---|
| Discount | R | 0.00 |
| Subtotal | R | 4,795.30 |
| Total V.A.T | R | 671.34 |
| Total amount | R | 5,466.64 |

Our standard terms and conditions of business shall apply and are available upon request.

**Intertek** **Caleb Brett**

**ORIGINAL**

Reg no : 1976/002126/07
INTERTEK TESTING SERVICES (SOUTH AFRICA) (PTY) LTD
Durban
P.O Box 21062
Bluff 4036
South Africa
Tel: +27 (0) 465-5600
Fax (Accounts) : +27 31 466-2423
E-mail : Accounts.GBE-Durban@intertek.com

**Banking Details:**
Bank: First National Bank
Branch: Jacobs
Branch Code: 22-06-26
Account Number: 50820566766

Swift Code: FIRNZAJJ762
Corresponding Bank: Chase Manhattan New York
Swift Address: CHASUS 33

Vat Reg No : 4020112342

| Tax Invoice No 24003 | | DBNSUR |
|---|---|---|

| | | |
|---|---|---|
| PetroSA (Condensate) | Account No | : PET027 |
| Private Bag X5 | Date | : 23/01/2007 |
| Parrow | Customer Ref/Order No : | |
| 7449 | Page | : 1 |

Contact : Coswell Arnold Trading Supply & Logistics (

OPERATION : SA @ DURBAN    23/01/2007  VAT REGISTRATION NO: 4320103502

SOURCE : PACKAGE & COURIER SAMPLES

JOB NO : DBN 26808

| Description | Extended Price |
|---|---|
| PACKAGING AND COURIER OF SAMPLES - TO: ITS TESTING SERVICES UK VSL "BANGA" | 5,282.66 |

**Comments:**

Terms of Payment : 30 days from invoice date.
Interest on overdue accounts will be charged at 2% monthly.

| Discount | R | 0.00 |
|---|---|---|
| Subtotal | R | 5,282.66 |
| Total V.A.T | R | 739.57 |
| Total amount | R | 6,022.23 |

Our standard terms and conditions of business shall apply and are available upon request.

**Intertek** Caleb Brett

Reg no. 1971/002224/07
INTERTEK TESTING SERVICES (SOUTH AFRICA) (PTY) LTD
P.O.Box 21002
Bluff Road
South Africa
Tel.: +27 31-465-5500
Fax : (Accounts) +27 31 466-7921
Email : accounts@caleb-brett-sa.co.za

Banking Details
Bank : First National Bank
Branch : Jacobs
Branch Code : 22-05-26
Account Number : 62020509788

Vat Reg No: 4710112342

## PROFORMA INVOICE NO. CTN4691

PETRO SA
PRIVATE BAG X14                                    Account No :
MOSSEL BAY
                                                   Date :        16/10/2006

                                                   Customer Ref.

ATTENTION : COSWELL ARNOLD                         Page     1

OPERATION : WITNESSING ANALYSIS GASOIL AT MOSSGAS LAB

JOB NO    : CPT4691

| Description | Quantity | Charge Qty | Unit Price | Extended Price |
|---|---|---|---|---|
| TO: TRAVEL TO CTN / M/BAY ON THE 14/10/06 | | | | |
| 457 KM @ R1.75 PER KM | 457.000 | 457.000 | 1.75 | 799.75 |
| TO: TRAVEL TIME ON THE 14/10/06 | | | | |
| 4 HRS @ R97.50 PER HOUR (SAT) | 4.000 | 4.000 | 97.50 | 390.00 |
| TO: STANDING TIME ON THE 14/10/06 | | | | |
| 3 HRS @ R97.50 PER HOUR | 3.000 | 3.000 | 97.50 | 292.50 |
| TO: WITNESSING OF ANALYSIS ON THE 14/10/06 | | | | |
| 4 HRS @ R130.00 PER HOUR | 4.000 | 4.000 | 130.00 | 520.00 |
| TO: TRAVEL M/BAY TO CAPE TOWN ON THE 15/10/06 | | | | |
| 420 KM @ R1.75 PER KM | 420.000 | 420.000 | 1.75 | 735.00 |
| TO: TRAVEL TIME ON THE 15/10/06 | | | | |
| 4 HRS @ R130 PER HR (SUNDAY OVERTIME R.) | 4.000 | 4.000 | 130.00 | 520.00 |
| TO: ACCOMMODATION COST | | | | |
| @ COST | 1.000 | 1.000 | 550.00 | 550.00 |
| TO: MEAL COST | | | | |
| @ COST (DINNER & BREAKFAST) | 1.000 | 1.000 | 100.00 | 100.00 |

Consignee:
TO: WITNESSING OF ANALYSIS AT MOSSEL BAY
    ON THE 14 OCTOBER 2006

Discount

                                           Subtotal        R 3,907.25

Terms of Payment : 30 days from invoice date.
Interest on overdue accounts will be charged at 2% monthly      Total Vat     R 547.02

                                           Total Amount     R 4,454.27

# R E N N I E   M U R R A Y
## & C O M P A N Y  ( P T Y )  L T D

Reg. No. 1999/000572/07

   

Unit 28 A
Foregate Square
Table Bay Boulevard
Cape Town
8001
South Africa

P. O. Box 2415, Cape Town, 8000
South Africa
E-Mail:     rainer@rmurray.co.za
Website:    www.renniemurray.co.za

Telephone:   +27 (0) 21 421 4150
Facsimile:   +27 (0) 21 419-0983

THE PETROLEUM OIL & GAS CORPORATION
OF SOUTH AFRICA (PTY) LTD.
Private Bag X5
**PAROW**
7499
C/O Bowman Gilfillan Attorneys

**VAT REGISTRATION NUMBER : 4320103502**

| | | |
|---|---|---|
| Attention | : | John Dyason |
| Your ref. | : | Banga |
| Our ref. | : | **49587-WS** |
| Date | : | 19 June 2007 |

Dear Sirs

RE :  **M/T "BANGA"**
**CARGO CONTAMINATION**

We have pleasure in submitting our tax invoice following our attendance to the above mentioned matter for the period 6th December 2006 to 31st May 2007

We trust that our intervention meets with your satisfaction.

Kindly remit directly to our bankers via telegraphic transfer, quoting our file reference **49587-WS**, details reflected on the invoice.

Yours faithfully

**WAYNE STEEL**

---

Direction:    D.J. Reddy (Chairman)    R.H.R. Brectwoldt (Managing)    G.E. Baker*    M.G. Huggled    [British]

 Agency

 A member of The Midwest Group Limited

ORIGINAL HANDED TO Acc's 20/6/2007

# R E N N I E   M U R R A Y
## & C O M P A N Y ( P T Y ) L T D

Reg. No. 1999/00XX72/07

   

Unit 28 A
Foregate Square
Table Bay Boulevard
Cape Town
8001
South Africa

P. O. Box 2415, Cape Town, 8000
South Africa
E-Mail:    rainar@murray.co.za
Website:    www.renniemurray.co.za

Telephone:    +27 (0) 21 421 4150
Facsimile:    +27 (0) 21 419 0983

THE PETROLEUM OIL & GAS CORPORATION
OF SOUTH AFRICA (PTY) LTD.
Private Bag X5
**PAROW**
7499
C/O Bowman Gilfillan Attorneys

**VAT REGISTRATION NUMBER : 4320103502**

| | | |
|---|---|---|
| Attention | : | John Dyason |
| Your ref. | : | Banga |
| Our ref. | : | **49587-WS** |
| Date | : | 19 June 2007 |

## COPY TAX INVOICE

VAT REGISTRATION NO : 4260105814

| RE : M/T "BANGA" CARGO CONTAMINATION | | | |
|---|---|---|---|
| TO : | AMOUNT | VAT | TOTAL |
| Meeting Hours | | | |
| Research & Reporting Hours | | | |
| Correspondence Hours | | | |
| Travelling & Communication Expenses | | | |
| Our inclusive fee & expenses | R 32,930.00 | R 4,610.20 | R 37,540.20 |

THE STANDARD BANK OF SOUTH AFRICA
Merriman Square Branch, Standard Bank Centre
Heerengracht / Foreshore,
CAPE TOWN, 8001, SOUTH AFRICA
Account No. 07 066 672 5
Swift Code SBZAZAJJ

E&OE ACCOUNTS PAYABLE ON PRESENTATION

**NOTE :** KINDLY QUOTE OUR REFERENCE NO. <u>49587-WS</u> WHEN SUBMITTING YOUR REMITTANCE AS THIS
WILL FACILITATE TIMEOUS/CORRECT CREDITING OF YOUR ACCOUNT.

Directors:    D.J. Reddy (Chairman)    R.H.R. Bredewaldt (Managing)    G.E. Baker    M.G. Huggins    (*British)

LLOYDS Agency    A member of The Bidvest Group Limited

RENNIE MURRAY & COMPANY (PTY) LTD.

## BREAKDOWN

| DESCRIPTION – ATTENDING SURVEYOR: D. HERR | AMOUNT(ZAR) |
|---|---|
| Meeting 1 Hr @ R585/Hr | R     585.00 |
| Research & Reporting  45 Hrs @ R585/Hr | R 26,325.00 |
| Correspondence 7 Hrs @ R450/Hr | R  3,150.00 |
| File Management 1 Hr @ R585/Hr | R     585.00 |
| Travelling expenses | R     921.50 |
| Telephone, mobile & email communications | R  1,299.50 |
| Computer Expenses | R       64.00 |
| TOTAL (ex vat) | R32,930.00 |

# R E N N I E   M U R R A Y
## & C O M P A N Y   ( P T Y )   L T D

Reg. No. 1999/000571/07

   

Unit 28 A
Foregate Square
Table Bay Boulevard
Cape Town
8001
South Africa

P. O. Box 2415, Cape Town, 8000
South Africa
E-Mail:   rainer@rmurray.co.za
Website:  www.renniemurray.co.za

Telephone:  +27 (0) 21 421 4150
Facsimile:   +27 (0) 21 419 0980

THE PETROLEUM OIL & GAS CORPORATION
OF SOUTH AFRICA (PTY) LTD.
Private Bag X5
PAROW
7499

VAT REGISTRATION NUMBER : 4320103502

| | | |
|---|---|---|
| Attention | : | Coswell Arnold |
| Your ref | : | Banga |
| Our ref | : | **4832/06-WS** |
| Date | : | 05 February 2007 |

## TAX INVOICE

VAT REGISTRATION NO : 4260105814

| RE : M/T "BANGA" CARGO CONTAMINATION | | | |
|---|---|---|---|
| TO : | AMOUNT | VAT | TOTAL |
| Receipt of Instructions. | | | |
| Sourcing suitable H&M surveyor to attend on board vessel. | | | |
| Attending on board initially and subsequently to conduct survey. | | | |
| Preparation and submission of prelim advises. | | | |
| Assembly of photographic material. | | | |
| Travelling & communications expenses. | | | |
| Compilation & submission of Report. | | | |
| Our Inclusive fee & expenses | R 79,686.85 | R 11,156.16 | R 90,843.00 |

THE STANDARD BANK OF SOUTH AFRICA
Merriman Square Branch, Standard Bank Centre
Heerengracht / Foreshore,
CAPE TOWN, 8001, SOUTH AFRICA
Account No. 07 096 872 6
Swift Code SBZAZAJJ

E&OE ACCOUNTS PAYABLE ON PRESENTATION

NOTE :  KINDLY QUOTE OUR REFERENCE NO. 4832/06-WS WHEN SUBMITTING YOUR REMITTANCE AS THIS
WILL FACILITATE TIMEOUS/CORRECT CREDITING OF YOUR ACCOUNT.

Directors:    D.J. Reddy (Chairman)    R.H.R. Brackeveldt (Managing)    G.E. Baker    M.G. Huggins    (Italy)

 Agency     A member of The Bidvest Group Limited

4832/06-WS
Page 2

RENNIE MURRAY & COMPANY (PTY) LTD.

## BREAKDOWN

| DESCRIPTION | AMOUNT(ZAR) |
|---|---|
| Survey fees & reporting: 115 hours @ R550/hour | 63,250.00 |
| File Management & Administration: 2 hours @ R550/hour | 1,100.00 |
| Telephone, mobile & email communications | 510.00 |
| Computer expenses | 120.00 |
| Photocopies, report binding & photographs | 1,125.00 |
| Travelling expenses (Mossel Bay) | 5,710.00 |
| Hotel accommodation and sundry expenses | 7,571.85 |
| Courier expenses | 300.00 |
| TOTAL (ex vat) | 79,686.85 |

TAX INVOICE

IN000001392

# SMIT AMANDLA MARINE (PTY) LTD

HEAD OFFICE

COPY TAX INVOICE

PETROSA
CREDITORS DEPARTMENT
ACCOUNT NUMBER P001
PRIVATE BAG X 5
PAROW
7499

Page Number                                         3
Invoice Date                              26 October 2006

VAT REGISTRATION NO:    4320103502

ATTENTION: COSWELL ARNOLD

S.A. RANDS

TO PROVIDING THE SERVICES OF A MARINE ADVISOR,
AS PER CONTRACT B/107

| | |
|---|---|
| VESSEL | MT BANGA |
| PORT | DURBAN |
| OPERATION | DISCHARGING |
| DATE | 18 OCTOBER 2006 |

DATE OF ARRIVAL AT PORT OF LOADING / DISCHARGE    2006
DATE OF COMMENCEMENT OF LOADING / DISCHARGE    12/10/2006
DATE OF COMPLETION OF LOADING / DISCHARGE    2006

12,000.00

VAT - VAT @ 14%                                         12,000.00
                                                          1,680.00
TOTAL SOUTH AFRICAN RANDS                            13,680.00



# MINTON, TREHARNE & DAVIES LIMITED

*Consulting Scientists, Mariners & Engineers*
*Analytical & Testing Laboratories*

HEAD OFFICE
MERTON HOUSE
CROESCADARN CLOSE
CARDIFF CF23 8HF UK
TEL +44 (0)29 20540000
FAX +44 (0)29 20540311
E MAIL mtd@minton.co.uk
WEB www.minton.co.uk
VAT Reg GB 135 0885 69

## SALES INVOICE

Invoice To:
PETRO SA
151 FRANS CONHADIE DRIVE
PAROW 7500
REPUBLIC OF SOUTH AFRICA
ATTN MR COSWELL ARNOLD

Account No  P560
Customer Ref
Date  28/02/2007
Invoice No  06011
Page No  1

| TO FEES: | Dept | VAT | Total |
|---|---|---|---|
| " BANGA - MOGAS & GASOIL | | | |
| CONTAMINATION  MTD 06340 UC " | | | |
| YOUR REF: COSWELL ARNOLD | | | |
| | | | |
| ACCOUNT TO 30.11 06 | | | |
| | | | |
| TO PROFESSIONAL SERVICES IN CONNECTION | | | |
| WITH THE ABOVE | | | |
| | | | |
| TO FEES | O3 | Z | 5110 00 |
| A SMARIDGE ATTENDANCE AT MEETINGS WITH BOWNAM & GILFILLAN | | | |
| AND PETRO S A CONCERNING SHIPMENT ON 17.11.06 | | | |
| REVIEW OF DOCUMENTATION IN PREPARATION FOR VISIT TO MOSSEL BAY | | | |
| A SMARIDGE - MOSSEL BAY TO MEET PETRO S.A PERSONNEL AND REVIEW | | | |
| SAMPLES STORES BY INTERTEK (CALEB BRETT) 22 - 23.11.06 | | | |
| REVIEW OF SAMPLE LISTS AND DATA WITH CARGO UNDERWRITERS | | | |
| SURVEYOR IN CONJUNCTION WITH PREPARATION FOR JOINT ANALYSIS | | | |
| TIME SPENT IN COLLATING INFORMATION AND PREPARATION | | | |
| OF PRELIMINARY ADVICES | | | |

**Terms: Nett Monthly**

For direct payments to our bank:
Lloyds TSB Bank, 1 Queen Street, Cardiff CF12 4AF
Sort Code. 30-96-91 Account Number: 02420260
Swift Code LOYDGB 21217   IBAN Number GB56 LOYD 3096 9102 4202 80

| | |
|---|---|
| Total | 5110.00 |
| VAT | |
| Total Due | 5110.00 |

All amounts shown in UK pounds sterling (GBP) unless otherwise stated
Where Code 1 appears in the VAT column then VAT has been applied at the standard rate of 17.5%



# MINTON, TREHARNE & DAVIES LIMITED

*Consulting Scientists, Mariners & Engineers*
*Analytical & Testing Laboratories*

HEAD OFFICE
MERTON HOUSE
CRIBSCADARN CLOSE
CARDIFF CF23 8HV UK
TEL +44 (0)29 20540000
FAX +44 (0)29 20540111
E-MAIL mtd@minton.co.uk
WEB www.minton.co.uk
VAT Reg GB 135 0885 69

## SALES INVOICE

Invoice To:
PETRO SA
155 FRANS CONRADIE DRIVE
PAROW 7500
REPUBLIC OF SOUTH AFRICA
ATTN: MR BOSWELL ARNOLD

Account No   P560
Customer Ref
Date  28/02/2007
Invoice No  08073
Page No  1

| TO FEES: | Dept | VAT | Total |
|---|---|---|---|
| " BANDA MOGAS & GASOIL CONTAMINATION "<br>YOUR REF: BOSWELL ARNOLD<br>OUR REF: MTD/06340 I/O | | | |
| ACCOUNT TO 28.2.07 | | | |
| TO PROFESSIONAL SERVICES IN CONNECTION<br>WITH THE ABOVE | | | |
| TO FEES AND EXPENSES<br>REVIEW OF DOCUMENTS<br>TIME SPENT IN COLLATING INFORMATION AND<br>PROVISION OF INFORMATIVE ADVICES SUBMITTED VIA<br>EMAIL TRANSMISSIONS<br>A SMARIDGE ATTENDANCE AT MEETING AT APC 14.12.06<br>REVIEW DOCUMENTS, PREPARATION OF DRAFT TESTING PROPOSAL<br>TIME SPENT IN COLLATING INFORMATION AND REPORT PREPARATION<br>A SMARIDGE ATTENDANCE AT INTERTEK CALEB BRETT LABORATORY<br>ON 22 , 23.1.07, 25 - 31.1.07<br>A SMARIDGE ATTENDANCE AT INTERTEK CALEB BRETT LABORATORY<br>ON 1 - 2.2.07<br>A SMARIDGE ATTENDANCE AT M SCAN LABORATORY ON 5.2.07 FOR JOINT ANALYSIS<br>TIME SPENT IN DISCUSSIONS, COLLATING INFORMATION AND PROVISION OF<br>PRELIMINARY ADVICES SUBMITTED VIA EMAIL TRANSMISSIONS<br>A SMARIDGE ATTENDANCE AT MEETING 20.2.07<br>REVIEW OF DOCUMENTS, COLLATING INFORMATION AND REPORT PREPARATION | C9 | Z | 2531.51 |
| EXPENSES | | | |



**MINTON, TREHARNE & DAVIES LIMITED**

*Consulting Scientists, Mariners & Engineers*
*Analytical & Testing Laboratories*

HEAD OFFICE
MERTON HOUSE
CROESCADARN CLOSE
CARDIFF CF23 8HP UK
TEL +44 (0)29 20540000
FAX +44 (0)29 20540011
E MAIL mtd@minton.co.uk
WEB www.minton.co.uk
VAT Reg GB 335 0385 69

## SALES INVOICE

Invoice To:
PETRO SA
1st FRANS CONRADIE DRIVE
PAROW 7500
REPUBLIC OF SOUTH AFRICA
ATTN: MR COSWELL ARNOLD

Account No  P580
Customer Ref
Date  28/02/2007
Invoice No  08073
Page No  2

| TO FEES: | Dept | VAT | Total |
|---|---|---|---|

A.SNARIDGE - 22 - 31,4.97, TRAVEL COSTS PLUS EXPENSES
A.SNARIDGE - V13,52.07, TRAVEL COSTS PLUS EXPENSES

**Terms: Nett Monthly**

| | |
|---|---|
| Total | 25313.33 |
| VAT | |
| Total Due  GBP | 25313.33 |

*For direct payments to our bank:*
Lloyds TSB Bank, 1 Queen Street, Cardiff CF12 4NF
Sort Code 30-49-81 Account Number 12438550
Swift Code LOYDGB21217  IBAN Number GB96 LOYD 3095 9102 420250

*All amounts shown in UK pounds sterling (GBP) unless otherwise stated*
*Where Code 1 appears in the VAT column then VAT has been applied at the standard rate of 17.5%*

Ref #10371



## GLOBAL FORWARDING
## ORIGINAL TAX INVOICE

Reprint:
DHL GLOBAL FORWARDING SA (PTY) LTD
10 PATRICK ROAD , JET PARK
BOKSBURG, JOHANNESBURG
SOUTH AFRICA

Invoice to:
THE PETROLEUM OIL & GAS CORP
OF SOUTH AFRICA PTY LTD
PRIVATE BAG X5        7499
SOUTH AFRICA
VAT N°: ZA4320103502

Issuing Office:
DHL GLOBAL FORWARDING
20 EBONYFIELD AVENUE
SPRINGFIELD PARK, DURBAN 4051
SOUTH AFRICA

| Selling Date 25 Dec 06 | E.T.A. | Place of Acceptance | Our Reference DUR/404106 | Account Number ZA-ZA208 |
|---|---|---|---|---|
| Vessel/Voyage Number SUMNIVA 001 | Port of Loading | BL of Lading No. AMSTERDAM # 1 | Invoice No. **ZA205754** |
| Port of Discharge | Place of Delivery | Your Reference SUMNIVA | Date: **19 Jan 07** |

| Marks and Numbers | Number and kind of packages | Description of goods | Gross Weight (Kg) | Measurement (Cbm) |
|---|---|---|---|---|
| A ADDRESSED | 1. PARCEL | DIESEL OIL | 9090500.00 | |

| Remarks: | | User: JOSEPH |
|---|---|---|

| CARGO DUES | 98475.68 | ZAR | | 98475.68 | ZAR |
| AGENCY | 1500.00 | ZAR | | 1500.00 | ZAR |

RECEIVED
22 JAN 2007
ASSURANCE & ADMIN
DEPARTMENT

| TOTAL AMOUNT DUE TO US | DEBIT | ZAR | 99975.68 |
|---|---|---|---|

Registration No: 68/03620/07 - VAT No: 4770101006

# Scandinavian Tankers Ltd.

Petrosa

Copenhagen 12-01-2007

Invoice no: 26810-2D

## Revised
## Demurrage Invoice

| | | | |
|---|---|---|---|
| Vessel: | Banga | Ports: | |
| Ref : | 020 | Durban | |
| Cargo: | Gasoil + Mogas | Jamnagar | |
| | | Jebel Ali | |
| | | Mossel Bay | |

B/L Figures: 31,783.695
C/P: 07-09-2006
B/L date: 21-09-2006

| | | | |
|---|---|---|---|
| Demurrage as per enclosed laytime calculation | | USD | 420,177.08 |
| Less | | | |
| Address Commission | 1.25% | USD | 5,252.21 |
| Brokarage Commission | 0.00% | USD | 0.00 |
| Total Demurrage due | | USD | 414,924.87 |

To be sent to:
Nordea Bank Denmark A/S
Kgs. Lyngby, Denmark
SWIFT: NDEADKKK
USD Account Number:    DK81 2000 5036 021944
In favour of:    Scandinavian Tankers Ltd.

Ref.: C/P dated: 07-09-06 / Banga / Petrosa
Please state following reference upon payment: 020

Transmarine Management ApS
Holberggade 26, 1
DK-1057 Copenhagen K
Denmark

Phone: +45 3393 2525
Fax: +45 3393 8981

Tlx: +51-94078833 via UK
Email: transmarine@transmarine.dk



# FAIRBRIDGES

### ATTORNEYS
#### EST 1812

16th Floor Main Tower Standard Bank Centre
Heerengracht Cape Town 8001
P O Box 836 Cape Town 8000 South Africa
Tel +2721 405-7800 | Telefax +2721 419-6139
Docex 2 Cape Town
attorneys@fairbridges.co.za | www.fairbridges.co.za

## PRO FORMA INVOICE

**NO.:**

**DATE:** 20 October 2006

**OUR REF:** MT – UK 2 / 0885

**YOUR REF:** JD / JP / dh / 1128471

**TO:** THE PETROLEUM OIL AND GAS
CORPORATION OF SOUTH AFRICA (PTY)
LTD

c/o BOWMAN GILFILLAN ATTORNEYS

SA RESERVE BANK BUILDING

60 ST GEORGE'S MALL

CAPE TOWN

| Our VAT Ref: | 4540117811 |
|---|---|

| To: | Re : MT "BANGA" | | |
|---|---|---|---|
| | Compensation in respect of costs incurred in the delay of the mt BANGA in Durban, at an agreed rate of the Rand equivalent of USD 20,000.00 per day, for a period of 5 days, currently agreed as having commenced at 4pm on Friday 20 October 2006 and terminating at 4pm on Wednesday 25 October 2006 | 784,600.00 | |
| | AMOUNT DUE BY YOU | ZAR | 784,600.00 |

This is NOT A TAX INVOICE. It is an explanation of our fee which has been debited to your account. The total amount due
in respect of our fee and disbursements will be reflected in our VAT invoice.
DIRECT PAYMENTS TO: Standard Bank, Thibault Square, Branch Code 020909, Account No: 073116116. Please quote Our Ref No.



**Bowman Gilfillan**
**Findlay & Tait**

Maritime and Transport Department

SA Reserve Bank Building, 60 St George's Mall,
Cape Town, 8001
PO Box 248, Cape Town, 8000, South Africa
Telephone +27 (21) 480 7800, Fax +27 (21) 424 1688
Web www.bowman.co.za Docex 29 Cape Town

## TAX INVOICE
## NUMBER: 184556

The Petroleum Oil & Gas Corporation of

South Africa

151 Frans Conradie Drive

Parow

7501

**Attention: Coswell Arnold**

| | |
|---|---|
| Our Reference: | JD/JP/dh/1128471 |
| Your VAT Registration No: | 4320103502 |
| Our VAT Registration No: | 4200177261 |
| Direct Line: | 021 480 7813 |
| Direct Fax: | 021 424 1688 |
| E-mail Address: | j.dyason@cpt.bowman.co.za |
| Date: | 2 November 2006 |

**MT "BANGA"**

| | |
|---|---|
| To compensation due in respect of costs incurred by the delay of the MT "Banga" in Durban, at an agreed rate of the Rand equivalent of USD20,000 per day, for a period of 2 days (from 16h00 on Wednesday, 25 October 2006 to 16h00 on Friday, 27 October 2006 (Zero Rated for VAT) | R305,920.00 |
| **Direct Settlement – Remit to:-**<br>The Standard Bank of SA Ltd, 5th Street, Sandton, 2146, South Africa<br>For Account: Bowman Gilfillan Inc.<br>Branch Code: 019205<br>Account No.: 421035110<br><br>To enable us to allocate the payment correctly, please reflect reference 1128471 on your deposit slip / electronic transfer and fax a copy to (021) 424 1688 | |

Bowman Gilfillan Inc. Reg. No. 1998/021409/21   Attorneys Notaries Conveyancers Patent and Trade Mark Attorneys

Directors  JH Selzenberg (Chairman) A Aguiar KW Alberts DB Allanay AA Anderson SP Andrews RA Andrews AM Barnes-Webb TL Behr ARL borrowed MP Black G Bothoff JMG Brand EJW Barnes RA Cort RM Carter AK Cotes GM Charnaud LA Chalter WA Clivers RA Colvin CH Cunningham GW Denoon MRC Dennis I Dhurbal MF Doherty MG Duffey MR du Plessis M de Toit S Dyason S Fisher EA Fahes RJ Gant M Gerber AA Gordon RJ Gordon-Sengret C Gross JC Grogonszewski A Iesby P Hare-Bowles GB Higgins AA Hirsch RE Henley PB Jaffe RE Jonge AJ Amay T Leathercoat RA Leigh SIA Lester PM Modison A Mophlfamer RJ McDoneN JG Miner MPA Marcus JC Mitchell RG Munchindeld LB Parker MB Perdue SAA Preterius CL Reidy MB Marfk SG Rushton P Schnetler GC Scott ES Sherry CG Slade PW Snelling A Streughan GAM Strydom WJ Sumner CH Theil GAA Trueberdy CE Tucker CL Vahide P van Bogenroover NC von Zuydom C von Ludwig CE van Rooi BC Webb PB Whelan JB Wilson JB Zwane-Cralial

Senior Associates A Ball  N Barnes  DL Barry-Donnelly  M Chladika  TC Dial  CD Bevin  L Merthysen  LC Painer  A Naps  KA Justkos  CP Kennedy  AAA Klaaijoos  PJ Knene  K Labuschager  AJ Mahoosh  RY Manised  PN Modi
LB Miafies  ADT Nassef  M Ntanga  Joy Nowre  Ad Nombily  MB Ngoako  MP Rpaage  JN Priba  J Price  MA Purchase  CS Sander  ME Serbo  VL Sidwell  MG Sviatman  ME Rone  MZ Sons  RZ Slecht  JS Bell  ZJ Spourr  A Stobart
TM Sukwei SH Underwood M Wagoner Q Yekel  ZD Yutt

Special Council WM Adcock Aldins Poperdine J. Long (Solicitor, England and Wales) Trude Marks Manager  SA Wehmenth
Consultants Kill Yenbridge PG Fahrenheim ARC Trudge PA Voort PB Jones V Marg  M Melviesch Head of Pat Cape Team  JEW Norak
Chief Executive Officer LA Kritzger Global Executed Officer  D Erbevi

Sandton  Tel +27 (11) 669 9800  Fax +27 (11) 669 9601  Pietonburd  Tel +27 (21) 761 4636  Fax +27 (21) 792 0546  London  Tel 0044 (207) 436 6685 Fax 0044 (207) 626 3934

MEMBER

LEX ✦ MUNDI



HOME   |   QUICKLINKS   |   SEARCH   GO

## Levies, taxes and margins for diesel - 2006

| These margins are only guidelines (not regulated) prices | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Diesel (0.3% sulphur) | | | | | | | | | |
| 2006 (RSA c/litre) | BFP | Fuel tax | Customs & excise | Equalisation fund levy | Road accident fund | Transport cost | Whole-sale margin | Slate levy | Delivery cost |
| Jan | 307.630 | 100.00 | 4.00 | 0.00 | 31.500 | 13.400 | 39.260 | 15.00 | 7.00 |
| Feb | 307.630 | 100.00 | 4.00 | 0.00 | 31.500 | 13.400 | 39.260 | 15.00 | 7.00 |
| Mar | 307.630 | 100.00 | 4.00 | 0.00 | 31.500 | 13.400 | 39.260 | 15.00 | 7.00 |
| Apr | 338.630 | 100.00 | 4.00 | 0.00 | 36.500 | 13.700 | 39.260 | 5.00 | 7.00 |
| May | 365.630 | 100.00 | 4.00 | 0.00 | 36.500 | 13.700 | 39.260 | 5.00 | 7.00 |
| Jun | 394.630 | 100.00 | 4.00 | 0.00 | 36.500 | 13.700 | 39.260 | 5.00 | 7.00 |
| Jul | 426.630 | 100.00 | 4.00 | 0.00 | 36.500 | 13.700 | 39.260 | 5.00 | 7.00 |
| Aug | 448.630 | 100.00 | 4.00 | 0.00 | 36.500 | 13.700 | 39.260 | 5.00 | 7.00 |
| Sep | 423.630 | 100.00 | 4.00 | 0.00 | 36.500 | 13.700 | 39.260 | 5.00 | 7.00 |
| Oct | 394.630 | 100.00 | 4.00 | 0.00 | 36.500 | 13.700 | 39.260 | 5.00 | 7.00 |
| Nov | 387.630 | 100.00 | 4.00 | 0.00 | 36.500 | 13.700 | 39.260 | 5.00 | 7.00 |
| Dec | 362.630 | 100.00 | 4.00 | 0.00 | 36.500 | 13.700 | 39.260 | 5.00 | 7.00 |

| These margins are only guidelines (not regulated) prices | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Diesel (0.05% sulphur) | | | | | | | | | |
| 2006 (RSA c/litre) | BFP | Fuel tax | Customs & excise | Equalisation fund levy | Road accident fund | Transport cost | Whole-sale margin | Slate levy | Delivery cost |
| Jan | 315.030 | 100.00 | 4.00 | 0.00 | 31.500 | 13.400 | 39.260 | 15.00 | 7.00 |
| Feb | 314.030 | 100.00 | 4.00 | 0.00 | 31.500 | 13.400 | 39.260 | 15.00 | 7.00 |
| Mar | 312.030 | 100.00 | 4.00 | 0.00 | 31.500 | 13.400 | 39.260 | 15.00 | 7.00 |
| Apr | 342.030 | 100.00 | 4.00 | 0.00 | 36.500 | 13.700 | 39.260 | 5.00 | 7.00 |
| May | 369.030 | 100.00 | 4.00 | 0.00 | 36.500 | 13.700 | 39.260 | 5.00 | 7.00 |
| Jun | 401.030 | 100.00 | 4.00 | 0.00 | 36.500 | 13.700 | 39.260 | 5.00 | 7.00 |
| Jul | 432.030 | 100.00 | 4.00 | 0.00 | 36.500 | 13.700 | 39.260 | 5.00 | 7.00 |
| Aug | 457.030 | 100.00 | 4.00 | 0.00 | 36.500 | 13.700 | 39.260 | 5.00 | 7.00 |
| Sep | 428.030 | 100.00 | 4.00 | 0.00 | 36.500 | 13.700 | 39.260 | 5.00 | 7.00 |
| Oct | 391.030 | 100.00 | 4.00 | 0.00 | 36.500 | 13.700 | 39.260 | 5.00 | 7.00 |
| Nov | 390.030 | 100.00 | 4.00 | 0.00 | 36.500 | 13.700 | 39.260 | 5.00 | 7.00 |
| Dec | 364.030 | 100.00 | 4.00 | 0.00 | 36.500 | 13.700 | 39.260 | 5.00 | 7.00 |

**Levies, taxes and margins for diesel**