*JAMES A. SAVILLE, JR. (JS-4835)*
*HILL RIVKINS & HAYDEN LLP*
Attorneys for Plaintiff
Petroleum Oil & Gas Corporation
of South Africa (Pty) Ltd.

45 Broadway, Suite 1500
New York, New York 10006
(212) 669-0600

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - -x
PETROLEUM OIL & GAS CORPORATION OF :
SOUTH AFRICA (PTY) LTD.          :
                                  :  Index No. 07 cv 6411
           Plaintiff,             :
                                  :
    - Against -                   :  **RULE 7.1 STATEMENT**
                                  :
SCANDINAVIAN TANKERS LTD.,        :
                                  :
           Defendant.             :
- - - - - - - - - - - - - - - - -x

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff Petroleum Oil & Gas Corporation of South Africa (Pty) Ltd. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries which are publicly held.

                    **NONE.**

DATE: July 13, 2007
                              _____
                              James A. Saville, Jr. (JS-4835)

[Stamped: RECEIVED JUL 13 2007 U.S.D.C. S.D.N.Y. CASHIERS]
[Stamped: JUDGE KOELTL]
[Stamped: 07 CIV 6411]