*JAMES A. SAVILLE, JR. (JS-4835)*
*HILL RIVKINS & HAYDEN LLP*
Attorneys for Plaintiff
Petroleum Oil & Gas Corporation
of South Africa (Pty) Ltd.

45 Broadway, Suite 1500
New York, New York  10006
(212) 669-0500

*UNITED STATES DISTRICT COURT*
*SOUTHERN DISTRICT OF NEW YORK*
- - - - - - - - - - - - - - - - -X
PETROLEUM OIL & GAS CORPORATION OF :
SOUTH AFRICA (PTY) LTD.           :    Index No.: 07 cv 6411 (JGK)

                Plaintiff,        :

- Against -                       :    **SAVILLE AFFIRMATION**
                                       **PURSUANT TO RULE B**
SCANDINAVIAN TANKERS LTD.,        :

                Defendant.        :
- - - - - - - - - - - - - - - - -X

I James A. Saville, Jr., hereby affirm as follows:

1    I am a member of Hill Rivkins & Hayden LLP, attorneys for Plaintiff herein and admitted to practice before this Honorable Court.

2.    This Affirmation is submitted pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.

3. Based upon the results of my investigation as set forth herein, I am firmly convinced that the defendant, Scandinavian Tankers Ltd., is a corporation or other business entity that cannot be "found" within this District for the purpose of an attachment under Rule B.

4. I contacted the office of the New York Department of State, Division of Corporations on July 13, 2007, via the official Department of State website at http://www.dos.state.ny.us and conducted a search for corporations named "Scandinavian Tankers Ltd." The search result indicated Scandinavian Tankers Ltd. is not a New York corporation, nor is it licensed, authorized or registered to do business in the State of New York as either a domestic or foreign corporation.

5. I consulted with Directory Assistance for New York on July 13, 2007, for area codes (212), (718), (914) and (646) and no listing for Scandinavian Tankers Ltd. was located.

6. I reviewed the Transportation Telephone Tickler business directory, 2005 Edition (Vol. 1 New York Metropolitan Area), published by the Journal of Commerce, and no listing was

found for Scandinavian Tankers Ltd.

7. On July 13, 2007 I accessed, through Microsoft Internet Explorer and Google Search engines the Verizon yellow pages telephone directory database and found no listing in that database for any office or agent of Scandinavian Tankers Ltd. in the State of New York.

8. I conducted a Google search for Scandinavian Tankers Ltd. and the search indicated that it had an office at Palm Grove House, P.O. Box 438, Road Town, Tortola, British Virgin Islands but no office or activity in the State of New York.

9. Based upon the foregoing, it is respectfully submitted that defendant Scandinavian Tankers Ltd. cannot be "found" within this District within the meaning of Rule B, thus, justifying issuance of an order of attachment against the assets of defendant Scandinavian Tankers Ltd. as may be found within this District up to and including the amount of the claim as specified in the Verified Complaint.

I hereby confirm under the penalty of perjury that the foregoing is true and correct.

Dated: July 13, 2007

_____
James A. Saville, Jr.(JS-4835)

29474\JAS AFFIRMATION RULE B