*UNITED STATES DISTRICT COURT*
*SOUTHERN DISTRICT OF NEW YORK*
- - - - - - - - - - - - - - - - - - -X
PETROLEUM OIL & GAS CORPORATION OF :
SOUTH AFRICA (PTY) LTD.                :   Index No.: 07 cv 6411 (JGK

              Plaintiff,             :

        - Against -                    :
                                          **ORDER APPOINTING SPECIAL**
SCANDINAVIAN TANKERS LTD.,           :   **PROCESS SERVER PURSUANT**
                                          **TO F.R.C.P. RULE 4(c)**
              Defendant.             :
- - - - - - - - - - - - - - - - - - -x


Upon the application having been made by counsel for Plaintiff for an Order Appointing a Special Process Server pursuant to Rule 4(c) of the Federal Rules of Civil Procedure and upon reading and filing the Affirmation of James A. Saville, Jr., sworn to on July 13, 2007, and good cause having been shown, it is on this 17 day of July 2007;


O R D E R E D  that Robert I. Blum or other such similarly qualified person designated by Hill Rivkins & Hayden LLP, over the age of eighteen (18) and not a party or attorney to this action, in addition to the United States Marshal, be and hereby is appointed to serve the Process of Attachment and Garnishment and the Verified Complaint, together with any Interrogatories,

upon the garnishee(s) who may hold assets for, or on account of, Defendant Scandinavian Tankers Ltd.; and it is further

O R D E R E D that Robert I. Blum or other such similarly qualified person designated by Hill Rivkins & Hayden LLP, over the age of eighteen (18) and not a party or attorney to this action, in addition to the United States Marshal is hereby appointed to serve any other garnishees who based upon information developed subsequent to the issuance of this Order may hold assets for, or on account of, defendant Scandinavian Tankers Ltd.

Dated:  New York, New York

7/19/07

_____
UNITED STATES DISTRICT JUDGE

29474\ORDER APP SPECIAL PROCESS SERVER

CERTIFIED COPY
MICHAEL McMAHON,                    CLERK

BY _____  7-23-07

2