# HILL RIVKINS

**HILL RIVKINS & HAYDEN LLP**
45 Broadway, Suite 1500, New York, NY 10006-3739   Tel: (212) 669-0600
Fax: (212) 669-0698/0699                            e-mail: thefirm@hillrivkins.com
Website: www.hillrivkinslaw.com

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/16/2008

Via Telecopier: (212) 805-7912

January 15, 2008

The Honorable John G. Koeltl
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

*Conference adjourned to Monday, March 24, 2008 at 4:30pm. So Ordered.* /s/ JGK 1/15/08

RE: PetroSA v. Scandinavian Tankers Ltd.
    07 CV 6411 (JGK)
    Our File No.: 29474-JAS

Dear Judge Koeltl:

We represent plaintiff Petroleum Oil & Gas Corporation of South Africa (Pty) Ltd. ("PetroSA") in connection with the captioned action in which plaintiff requested an Order pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure. A conference has been scheduled for Tuesday, January 22, 2008.

To date, pursuant to the Court's Order, we have attached approximately USD$40,000 and continue to serve the garnishee banks of a daily basis. Although, we have provided the defendant Scandinavian Tankers Ltd. with the prompt notice required under Local Admiralty Rule B.2, it has yet to appear or otherwise contact us. Accordingly, as defendant has not yet appeared and we continue to serve the garnishee banks in order to satisfy PetroSA's attachment, we respectfully request that the conference be adjourned.

We thank the Court for its consideration of the foregoing.

Respectfully submitted,

HILL RIVKINS & HAYDEN LLP

James A. Saville, Jr.

JAS/mc
29474\006 Judge

---

**NEW JERSEY**
175 North Broadway
South Amboy, NJ 08879-1638
Tel: (732) 838-0300  Fax: (732) 316-2365
e-mail: thefirm@hillrivkins.com

**TEXAS**
712 Main Street, Suite 1515
Houston, TX 77002-3209
Tel: (713) 222-1515 Fax: (713) 222-1359
e-mail: hillrivkinstexas@hillrivkins.com

**CONNECTICUT**
60 Quarry Dock Road
Branford, CT 06405-4654
Tel: (203) 315-9274  Fax: (203) 315-9264
e-mail: hillrivkinsct@snet.net

**CALIFORNIA**
Of Counsel:
Brown & Associates
11140 Fair Oaks Boulevard, Suite 100
Fair Oaks, CA 95628-5126
Tel: (916) 859-4910  Fax: (916) 859-4911