```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 07-09-08
```

United States District Court
Southern District of New York

---

PETROLEUM OIL & GAS CORPORATION OF
SOUTH AFRICA (PTY.) LTD.,

                Plaintiff,

- against -

SCANDINAVIAN TANKERS LTD.,

                Defendant.

---

07 Civ. 6411 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

Another conference is scheduled for **August 28, 2008 at 4:30 p.m.**

SO ORDERED.

Dated: New York, New York
       July 8, 2008

                                  John G. Koeltl
                             United States District Judge