USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/03/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PETROLEUM OIL & GAS CORPORATION OF
SOUTH AFRICA (PTY.) LTD.,

          Plaintiff,

- against -

SCANDINAVIAN TANKERS LTD.,

          Defendant.

07 Civ. 6411 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The plaintiff should move for default judgment by order to show cause by **September 26, 2008**.

SO ORDERED.

Dated:   New York, New York
       September 2, 2008

                              John G. Koeltl
                              United States District Judge