UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

U.S. DISTRICT COURT FILED SEP - 5 2008 S.D. OF N.Y.

PETROLEUM OIL & GAS CORPORATION
OF SOUTH AFRICA(PTY) LTD.

Plaintiff,

-V-

SCANDINAVIAN TANKERS LTD.,

Defendant,

**CERTIFICATE OF MAILING**

07 CV 6411 (JGK)

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

**5th day of September, 2008**

I served the

SUMMONS, COMPLAINT, PROCESS OF MARITIME ATTACHMENT & GARNISHMENT

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

**13th day of July, 2007**

by mailing via registered mail, return receipt requested, at the United States Post Office, Chinatown Station, New York, NY, a copy of each thereof, securely enclosed in a post-paid wrapper addressed to:

See attached for listing of Defendants

That annexed to the original hereof is registered mail receipt(s)

**RB 596 298 145 US**

*J. Michael McMahon*
CLERK

Dated: New York, NY



# HILL RIVKINS & HAYDEN LLP

45 Broadway, Suite 1500, New York, NY 10006-3739
Tel: 212 669-0600   Fax: 212 669-0698/0699
e-mail: thefirm@hillrivkins.com
Website: www.hillrivkins.com

**By Hand**

September 4, 2008

Mr. J. Michael McMahon
Clerk of the Court
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

                RE:    **PetroSA v. Scandinavian Tankers Ltd.**
                         **07 CV 6411 (JGK)**
                         Our File No.: 29474-JAS

Dear Judge Koeltl:

      Enclosed herewith please find a Summons and Complaint and Process of Maritime Attachment and Garnishment, which we request be served on the following defendant by registered mail, return receipt, at the following address:

                          Scandinavian Tankers Ltd.
                          Palm Grove House
                          P.O. Box 438
                          Road Town, Tortola
                          Virgin Islands

[...] al Rules of Civil Procedure.

[...] ase do not hesitated to contact the undersigned.

[...] ectfully submitted,

[HILL RIVK]INS & HAYDEN LLP

C. Leland

CONNECTICUT
60 Quarry Dock Road
Branford, CT 06405-4654
Tel: 203 315-9274  Fax: 203 315-9264
e-mail: thefirm@hillrivkins.com

CALIFORNIA
Hill Rivkins/Brown & Associates
11140 Fair Oaks Boulevard, Suite 100
Fair Oaks, CA 95628-5126
Tel: 916 535-0263  Fax: 916 535-0268
e-mail: thefirm@brnlaw.com

---

**RECEIPT FOR REGISTERED MAIL** (Customer Copy)
PS Form 3806, April 1991

REGISTERED NO. RB596298145US
Reg. Fee $10.80
Special Delivery $
Handling Charge $0.00
Return Receipt $2.20
Postage $11.25
Restricted Delivery $0.00
POSTMARK 0004 05 09/05/08
Customer Must Declare Full Value $0.00
Without Postal Insurance
Domestic Insurance Is Limited To $25,000; International Indemnity Is Limited (See Reverse)

FROM: Hill Rivkins & Hayden   29474
45 Broadway - 15th Fl
New York, New York 10006

TO: Scandinavian Tankers Ltd.
Palm Grove House; P.O. Box 438
Road Town,
Tortola, British Virgin Islands

* U.S. GOVERNMENT PRINTING OFFICE: 1993-336-711