```
┌─────────────────────────────────────┐
│ USDS SDNY                            │
│ DOCUMENT                             │
│ ELECTRONICALLY FILED                 │
│ DOC #: _____               │
│ DATE FILED: _09/03/08_               │
└─────────────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PETROLEUM OIL & GAS CORPORATION OF
SOUTH AFRICA (PTY.) LTD.,

                    Plaintiff,

          - against -

SCANDINAVIAN TANKERS LTD.,

                    Defendant.

07 Civ. 6411 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

     The plaintiff should move for default judgment by order to

show cause by **September 26, 2008**.


SO ORDERED.


Dated:     New York, New York
           September 2, 2008            John G. Koeltl
                                        United States District Judge